UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR, | : | CASE NO. C-1-01-798 |
| | : | |
| Plaintiff | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | NOTICE OF MANUAL FILING |
| CITY OF CINCINNATI, | : | OF DEPOSITION OF PATRICK |
| | : | KARNEY |
| Defendant | : | |

Notice is hereby given that the deposition of Patrick Karney, taken in the above-referenced matter on July 24, 2003 has been manually filed in the above-referenced matter with the Court on November 7, 2003.

JULIA L. McNEIL (0043535)
City Solicitor


/s/ Augustine Giglio
AUGUSTINE GIGLIO (0031911)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
Fax: (513) 352-1515
E-mail: gus.giglio@cincinnati-oh.gov
Trial Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 7th, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kelly Mulloy Myers, counsel for Plaintiff, Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202 .

/s/ AUGUSTINE GIGLIO
Augustine Giglio (0031911)
Assistant City Solicitor
Attorney for Defendant
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
Fax: (513) 352-1515
e-mail: gus.giglio@cincinnati-oh.gov