UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR, | : | CASE NO. C-1-01-798 |
| | : | |
| Plaintiff | : | Judge Dlott |
| | : | |
| vs. | : | **STIPULATION OF THE PARTIES** |
| | : | **FOR MODIFICATION OF THE** |
| CITY OF CINCINNATI, | : | **SCHEDULING ORDER TO ALLOW** |
| | : | **ADDITIONAL TIME TO FILE AND** |
| Defendant | : | **RESPOND TO DEFENDANT'S** |
| | | **MOTION FOR SUMMARY JUDGMENT** |

The parties hereby stipulate that the Defendant may have seven additional days until November 7, 2003 to submit any dispositive motions in the above action with Plaintiff given a corresponding additional seven days to respond. This stipulation was agreed upon based upon the fact that both parties participated in a Jury Trial the last full week of October.

Respectfully submitted,

JULIA L. McNEIL (0043535)
City Solicitor

/s/ KELLY MULLOY MYERS  /s/ AUGUSTINE GIGLIO
RANDOLPH H. FREKING (0009158)   AUGUSTINE GIGLIO (0031911)
KELLY MULLOY MYERS (0065698)    Assistant City Solicitor
Freking & Betz                  Room 214, City Hall
215 E. Ninth Street             801 Plum Street
Cincinnati, Ohio 45202          Cincinnati, Ohio 45202
Telephone: (513) 721-1975       Telephone: (513) 352-3334
E-mail: kmyers@frekingandbetz.com  Fax: (513) 352-1515
                                E-mail: gus.giglio@cincinnati-oh.gov
Trial Attorneys for Plaintiff
                                Trial Attorneys for Defendant
                                City of Cincinnati

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7th, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kelly Mulloy Myers, Counsel for Plaintiff, Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202 .

                                                s/ AUGUSTINE GIGLIO
                                                Augustine Giglio (0031911)
                                                Assistant City Solicitor
                                                Attorney for Defendant
                                                Room 214, City Hall
                                                801 Plum Street
                                                Cincinnati, Ohio 45202
                                                (513) 352-3339
                                                Fax: (513) 352-1515
                                                e-mail: gus.giglio@cincinnati-oh.gov

JLM/chs
MSG-599-AG