**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI | : | **ENTRY** |
| | : | |
| Defendant. | : | |

For good cause shown, Plaintiff's request for an extension of time to file his Motion for Summary Judgment until December 8, 2003 is granted.

It is so ordered.

                        ___s/Susan J. Dlott_____
                        Susan J. Dlott
                        United States District Judge