EXHIBIT

**A**

## CHARGE OF DISCRIMINATION

his form is affected by the Privacy Act of 1974; See Privacy Act Statement before complete

| AGENCY | CHARGE NUMBER |
|---|---|
| EEOC | 221A10168 |

and EEOC

_State or local Agency, if any_

| NAME | HOME TELEPHONE |
|---|---|
| Bahar, Ali | 474-3815 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1577 Pinebluff Lane | Cincinati , OH  45255 | 10/13/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| City of Cincinnati | 600+ | 244-5121 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|---|
| 1600 Gest Street | Cincinnati , OH  45204 | Hamilton |

| NAME | | TELEPHONE |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

**CAUSE OF DISCRIMINATION BASED ON**

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [✓] NATIONAL ORIGIN
[✓] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST (ADEA/EPA) | LATEST (ALL) |
| 7/10/00 | 8/18/00 |
| [✓] CONTINUING ACTION | |

THE PARTICULARS ARE    (If additional space is needed, attach extra sheet(s):

I. I am a 48 year old Iranian person. I have worked for the City of Cincinnati, Metropolitan Sewer District (the "City") since June 26, 1988.

II. I believe I have been treated differently than other similarly situated Caucasian employees. The Deputy Director, Mr. Bob Campbell, sought to have a criminal investigation launched against me for orally approving certain change orders. A determination was made by the City that no criminal charges were appropriate. Despite this determination, Mr. Campbell still forced my supervisor to issue discipline against me on July 10, 2000. Other Caucasian employees have given verbal approval for project change orders and have not been disciplined or made the subject of a criminal investigation. I explained to my superiors that I have been discriminated against, and my Project Manager duties were removed. I filed an internal EEO charge with the City alleging discriminatory treatment. From August 18, 2000 and continuing, I was transferred to a position within MSD in which I have no background or training.

III. I believe I have been discriminated against because of my national origin in violation of Title VII of the Civil Rights Act, as amended. I believe I have been retaliated against because I complained about the unlawful discrimination and filed an internal EEO Charge with the City.

JENNA R. HOSKINS
Notary Public, State of
My Commission Expires Aug. 1

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I declare or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)  9-FEB-01 |

RECEIVED CINCINNATI

Charging Party (Signature)

# CHARGE OF DISCRIMINATION

his form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form

| AGENCY | CHARGE NUMBER |
|---|---|
| EEOC | 221A10537 |

and EEOC

_State or local Agency, if any_

| NAME | HOME TELEPHONE |
|---|---|
| Bahar, Ali | 474-3815 |
| STREET ADDRESS | CITY, STATE, AND ZIP CODE | DATE OF BIRTH |
| 1577 Pinebluff Lane | Cincinnati , OH 45255 | 10/13/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| City of Cincinnati | 600+ | 244-5121 |
| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
| 1600 Gest Street | Cincinnati , OH 45204 | Hamilton |
| NAME | | TELEPHONE |
| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☑ NATIONAL ORIGIN | EARLIEST (ADEA/EPA)    LATEST (ALL) |
| ☑ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify) | 1/19/01    5/31/01 ☑ CONTINUING ACTION |

THE PARTICULARS ARE    (If additional space is needed, attach extra sheet(s)):

I. I am a 48 year old Iranian person. I have worked for the City of Cincinnati, Metropolitan Sewer District (the "City") since June 26, 1988.

II. Since filing a Charge of Discrimination with the Equal Employment Opportunity Commission on January 19, 2001, (Charge No. 221A10168), I have been further retaliated against by having all of my job responsibilities taken away and I am essentially doing nothing. I was also advised on March 6, 2001, that I would now report to Jerry Weimer, Operations Supervisor, who has less education and qualifications than myself. I have also learned that William Lutz, a caucasian person, was hired as of May 27, 2001, and will be taking over some of the projects that I had been responsible for, and he will be making a salary that is approximately $20,000 more per year than I was given for the same position. I believe I continue to be retaliated against and discriminated against because of my national origin.

III. I believe I have been discriminated against because of my national origin in violation of Title VII of the Civil Rights Act, as amended. I believe I have been retaliated against because I complained about the unlawful discrimination and filed an internal EEO Charge with the City.

| ☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date                              Charging Party (Signature) | PHYLLIS LEA JONES Notary Public, State of Ohio My Commission Expires Jan. 5, 2004 |

**EXHIBIT**
**B**

000871

## CHARGE OF DISCRIMINATION

his form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form

| AGENCY | CHARGE NUMBER |
|---|---|
| EEOC | 221A200220 |

State or local Agency, if any _____ and EEOC _____

| NAME | HOME TELEPHONE |
|---|---|
| Bahar, Ali | 474-3815 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1577 Pinebluff Lane | Cincinati , OH 45255 | 10/13/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
|---|---|---|
| City of Cincinnati | 600+ | 244-5121 |

| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |
|---|---|---|
| 1600 Gest Street | Cincinnati , OH 45204 | Hamilton |

| NAME | | TELEPHONE |
|---|---|---|
| STREET ADDRESS | CITY, STATE, AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☑ NATIONAL ORIGIN
☑ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST (ADEA/EPA) | LATEST (ALL) |
| | 5/24/01 |
| ☑ CONTINUING ACTION | |

THE PARTICULARS ARE    (If additional space is needed, attach extra sheet(s)):

I. I am a 48 year old Iranian person. I have worked for the City of Cincinnati, Metropolitan Sewer District (the "City") since June 26, 1988.

II. Since filing a Charge of Discrimination with the Equal Employment Opportunity Commission on January 19, 2001 (Charge No. 221A10168) and a second Charge on or about May 31, 2001 (Charge No. 221A10537) , I have been further retaliated against by the City by being denied the position of Facility Manager in the General Services Department in which I met all qualifications. On or about May 24, 2001, the Civil Service Commission approved the exceptional appointment of Mr. C. Rick Schmidt, Caucasian, to the position, although he did not meet the required qualifications. I believe I continue to be retaliated against and discriminated against because of my national origin.

III. I believe I have been discriminated against because of my national origin in violation of Title VII of the Civil Rights Act, as amended. I believe I have been retaliated against because I complained about the unlawful discrimination and filed an internal EEO Charge with the City.

**JENNA WHITE**
Notary Public, State of Ohio
My Commission Expires
November 1, 2006

☐ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY — STATE OF OHIO
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

Date _____    Charging Party (Signature) _____    3rd Dec 01  Jenna White


EXHIBIT
C
001063



City of Cincinnati
Department of Personnel
Two Centennial Plaza, Suite 200
805 Central Avenue
Cincinnati, OH 45202

*An Equal Opportunity Employer*

**Open to the Public**
**Application for**

EXHIBIT
D

Facility Manager
**Title of position**

| First Name: | Middle Initial: | Last Name: |
|---|---|---|
| Ali | M. | Bahar |

| Apartment or Box #: Street Address: | Soc. Sec. No.: |
|---|---|
| 1577 Pinebluff Lane | 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 |

| City: | State: | Zip: |
|---|---|---|
| Cincinnati | Ohio | 45255 |

| Day Phone: | Evening Phone: |
|---|---|
| (513)352-4227 | (513)474-3815 |

**CIRCLE ONE**

| | | |
|---|---|---|
| Are you at least 18 years of age? | (Yes) | No |
| Have you worked for the City of Cincinnati in the last 2 years? | (Yes) | No |
| Do you have a valid driver's license? (Show to staff or mail a copy.) | (Yes) | No |
| Do you have a professional license or certificate or CDL? (If so, attach a copy.) | (Yes) | No |
| Do you request 5 points for being an honorably discharged veteran? (If so, attach a copy of DD 214) | Yes | (No) |
| Do you request 10 points for having a service-connected disability of 10% or more? (If so, attach a copy of DD214 and official statement from the Veteran's Administration.) | Yes | (No) |
| Have you ever been convicted of any traffic violations or paid any tickets? | (Yes) | No |
| Have you ever been convicted of any other local, state, or federal offense? | Yes | (No) |
| May we contact your present employer without contacting you first? | (Yes) | No |
| Do you request any reasonable accommodation? (If so, attach a Request for Reasonable Accommodation Form.) | Yes | (No) |

**Place a check by each item that you have attached to your application.**

| | | | |
|---|---|---|---|
| Copy of Driver's License (if application is mailed) | | Work Experience Form(s) | ✓ |
| Reasonable Accommodation Request | | Copy of Transcript(s) | ✓ |
| Copy of license or certificate or CDL | ✓ | Resume | ✓ |
| Other: *Project Management Institute* | | Applicant Flow Sheet | ✓ |
| Copy of statement from Veteran's Administration | | Copy of DD214 | |

All information provided by me in support of my application for employment is true and correct to the best of my knowledge. I understand that misrepresentations or omissions may be cause for rejection, or may be cause for subsequent dismissal if I am hired. I hereby authorize any present or former employer, person, firm, corporation or government agency to answer any and all questions and to release or provide any information within their knowledge records. I agree to hold any and all of them blameless and free of any liability for releasing any truthful information that is within their knowledge or records.

Signature: *Ali M. Bahar*                                        Date: 4/30/01

INITIALS OF PERSONNEL DEPARTMENT STAFF ONLY:    DRIVER'S LICENSE SHOWN    YES ✓    NO_____    C.S.
                                                  CDL SHOWN    YES_____    NO_____

10-13-03



City of Cincinnati
Department of Personnel
Two Centennial Plaza,
Suite 200
805 Central Avenue
Cincinnati, OH 45202

# Work Experience Form

Facility Manager

**Title of position**

| First Name: | Middle Initial: | Last Name: |
|---|---|---|
| Ali | M. | Bahar |

| Social Security Number: | |
|---|---|
| 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 | |

| Time: (Month/Day/Year) | | Employer's | Description of job duties |
|---|---|---|---|
| From: | To: | Name, Address, Phone | |
| 1992-present | | Metropolitan Sewer District | Project Manager |
| 1989-1992 | | Metropolitan Sewer Dist. | Operation Supervisor & Maintenance Engineer |
| 1986-1988 | | Louisville Gas & Electric | Power Distribution Engineer |
| ((For detail description of job duties and additional information please refer to the enclosed documents) | | | |

000512

D-2

# Applicant Flow Sheet

| Date: April 3D, 2001 | Job Applied for Facility Manager |
|---|---|
| Name: Ali M. Bahar | |

This form is kept separate from your application. It is for government reporting requirements only. The Federal government requires us to collect the following statistics to ensure that we are following the Equal Opportunity Guidelines. The information will be kept confidential and separate. It will not be used in connection with your name, your application, or any test that you take.

Submission of this form is voluntary. If you choose not to answer any of the questions, you will not be penalized.

Please put a check mark by each of the following that applies to you.

| | |
|---|---|
| | Black |
| | White |
| ✓ | Other: Iranian |

| | |
|---|---|
| ✓ | Male |
| | Female |

| | |
|---|---|
| | 17 and under |
| | 18-29 years of age |
| | 30-39 years of age |
| ✓ | 40-65years of age |
| | 66-70 years of age |
| | 71 and over |

Do you have a mental, physical or emotional disability?
A disability is a condition that significantly limits a major life activity such as seeing, hearing, walking, talking, leaning, working, breathing, or taking care of yourself.

| | Yes | ✓ | No | | Don't know |
|---|---|---|---|---|---|

If you checked yes, do you want to be included in the City's Affirmative Action Program for the Disabled?

| | Yes | | No |
|---|---|---|---|

Where did you learn about this job opportunity?

| | |
|---|---|
| ✓ | City employee |
| | Walk-in |
| | Newspaper |
| | City Web Site |
| | Other Web Site: |
| | |

| | |
|---|---|
| | Cable Program |
| | Other TV: |
| | Radio |
| | Bureau of Vocational Rehabilitation |
| | Bureau of Services for the Visually Impaired |
| | Other: |

Revised 8/98

000513

D-3

I.D.#_____10665_____

*Ali Bahar*

## TRAINING AND EXPERIENCE EVALUATION

## FOR ENGINEERING TECHNICAL SUPERVISOR (MSD-Wastewater

## Collection – Manhole Rehabilitation Program)

**City of Cincinnati**
**Department of Personnel**
**805 Central Avenue, Centennial II, Suite 200**
**Cincinnati, Ohio 45202**

**Test Analyst: Mark Gissiner**
**Phone: 352-6240**

**Return by 4:30 p.m. – Tuesday, February 6, 2001**

1

EXHIBIT
E

000451

A *Training and Experience Evaluation* is similar to an employment interview, given in a written format. Candidates have the opportunity to provide specific information about their qualifications for the position. This information is rated by three subject matter experts to determine the examination score. The scores for the exam are combined with seniority points to determine the final grade for the exam. When the eligibility list is posted, candidates will receive a letter informing them of their grade and rank on the list. The top three scorers on the list will be considered for each vacancy as it occurs. For those who pass the test, MSD personnel will have the opportunity to review the accuracy of the work experience statements made by candidates to ensure the accuracy of the statements.

**Your name should be on the identification (I.D.) slip only.** Put your I.D. number on each page of the booklet and on any extra documentation submitted. We will not be responsible for any loose material that does not have an I.D. number on it. You may use any format (paragraph, booklet, outline, etc.) for your responses. Type copy is preferred; however, it may be handwritten legibly on the **front side** of the paper provided. We want you to be comprehensive, yet clear, concise and focused. You are to use no more than five sheets (front only) for each area.

The completed packet must be submitted to Mark Gissiner, Personnel Department, 805 Central Avenue, Centennial II, Suite 200, Cincinnati, Ohio, 45202, no later than 4:30 p.m. on Tuesday, February 6, 2001.

Please direct any questions to Mr. Gissiner at 352-6240.

Be certain that your **I.D. number is on each page.**

**Remember, all materials must be delivered to the Personnel Department, 805 Central Avenue, Centennial II, Suite 200, Cincinnati, Ohio, 45202 no later than Tuesday, February 6, 2001, at 4:30 p.m. You may mail the packet to the Personnel Department; however, it must be postmarked no later than Tuesday, February 6, 2001.**

000452

E-2

## ENGINEERING TECHNICAL SUPERVISOR (MSD-Wastewater Collection – Manhole Rehabilitation Program)

(The following job description highlights various aspects of the position as indicated in the classification and promotional announcement. However, it does not necessarily include every aspect of the job, skills, knowledge and ability.)

**GENERAL STATEMENT OF DUTIES:**

The City of Cincinnati is seeking to fill the position of Engineering Technical Supervisor (Manhole Rehabilitation, etc. Program) with the Metropolitan Sewer District, Wastewater Collection Division. The Wastewater Collection Division is setting up contracts to provide manhole rehabilitation, internal lining of house laterals in the public right-of-way, and internal lining of point repairs. In 2000, these contracts will amount to $1 million of work. The needed maintenance work was identified during TV inspections; the workload will continue to expand as MSD expands the amount of TV inspections. The position will be assigned a WWC Inspector and may also supervise lower level CETs. Ongoing duties will include management and supervision of the prioritization of the work, bid package preparation, tracking the work through completion, field inspection of the contractor's work, responding to requests from the public, report preparation/presentation, and all record keeping activities of the program.

**SUPERVISION EXERCISED**: Supervises professional, supervisory, technical and clerical staff.

**EXAMPLES OF REQUIRED KNOWLEDGE, SKILLS, AND ABILITIES (KSAs)**:
(Illustrative only. Any one position may not require all of the listed KSAs nor do the listed examples include all of the KSAs which may be required. Entire job specification available at the Personnel Department.)

**Knowledge of:**
Principles of supervision, training and performance evaluation.
Pertinent federal, state and local laws, codes and regulations.
City policies, procedures and standards related to engineering.
Engineering principles, codes and regulations.
Construction materials used in assigned area of responsibility.
Design techniques and principles.
Engineering plans, maps, plats and other documents; engineering terminology.
Computer software related to assigned area of responsibility.
Research and information retrieval methods.

**Ability to:**
Supervise, direct and assign the work of lower-level staff.
Select, supervise, train and evaluate staff.
Understand and explain complex technical information and ideas.

3

000455

E-3

Perform mathematical calculations; check the work of subordinates.

Read and understand drawings and specifications relating to engineering, architecture and planning.

Prepare clear and concise reports; prepare appropriate correspondence.

Communicate clearly and concisely, both orally and in writing.

Establish and maintain effective working relationships with those contacted in the course of work including City and other government officials, community groups and the general public.

Operate a personal computer in performance of assigned duties.

4

00045

E-4

I.D.#_____10665_____

# SECTION 1: EDUCATIONAL AND PROFESSIONAL TRAINING BACKGROUND

Please give complete details of your formal education and training after high school.  Include the name(s) of the institution(s), dates attended, degrees earned and areas of study.  Highlight coursework that would specifically help in preparation to be the Engineering Technical Supervisor (MSD-Wastewater Collection – Manhole Rehabilitation Program) for the Wastewater Collection Division of MSD.  Coursework highlighted should include education and seminars related specifically to manhole rehabilitation, design and specifications for manholes, contract management, budget management, supervisory skills, customer service, TV inspections of sewers, bid package preparation, EPA rules and regulations, and computer training including design, database management and mapping.

- 1987 Bachelor of Science in Mechanical Engineering
  University of Louisville
  Louisville, Kentucky

- 1996 Manhole Rehab Seminar/Presented by Malcolm Pirnie Consultant
  Holiday Inn East
  Louisville, Kentucky

- 1992-2000 Project Manager MSD/Planning and Program Management
  Responsibilities: planning, cost estimate, design phase with consultant, permit to install (PTI) with OEPA, specifications and plans, review TV report received from MSD/Collection, right of way (ROW) for easement, meetings with residents effected by, construction management and/or assist, and finally provide as built drawing.

- 1997- Project Management Training and Member of Ohio Chapter of Project Management Institute (PMI). The four months project management training seminar was conducted by Wright State University.

- 2000- OSHA training and seminar
  H.C. Nutting Company

- 2001 ArcView/GIS training at MSD

- Seminars and Training such as HVAC, Pump Station Design, Low Pressure Force Main Design, and computer system at University of Wisconsin in Madison Wisconsin and University of Wisconsin in Milwaukee.

5

000455

E-5

I.D.#____10665____

- 1998- OEPA training and seminars in Dayton and Columbus

- Other seminars and training: **Only a few examples**
  a) Tremco Roof Seminar
  b) KSB pump seminar
  c) Total quality management training
  d) IDI bar screen seminar
  e) IDI high rate treatment system training
  f) Actiflo high rate treatment system training
  g) Dezurik valve training
  h) Alan Bradley control panel training
  i) Atlas Capco Air Compressor training seminar in Chicago
  j) Trojan Ultraviolet System training and seminar in London Canada
  k) Sharples Centrifuge training and seminar in Philadelphia
  l) Schwing America pump training and seminar in Minnesota

- Organized a group of MSD staff and consultant to visit High Rate Treatment System in four Countries in Europe in October of 1999.

- Recommended and adopted regionalization of MSD Operation to MSD Senior Staff and Hamilton County Commissioners in 1999.

- Barrier Dam flood control Operation and Maintenance Supervisor between 1989 and 1992.

- Design/Built of instrumentation air for the entire Little Miami Treatment Plant (1991)

- Design/Built of Non-Potable System for Polk Run Treatment Plant (1990)

6

000456

E-6

I.D.#____10665____

# SECTION 2: MANHOLE REHABILITATION PRODUCT STANDARDS, QUALITY CONROL AND DESIGN SKILLS

Please describe your work experience in developing standards for manhole rehabilitation products and quality control (testing of products) and designing and/or reviewing designs of manhole projects.   Include projects and specific dates when the experience occurred.

The manhole rehab product standard is new program with MSD within the past couple of years. Mr. Tim Back who left MSD in October 2000 was the only MSD staff that was familiar with this program. Upon my transfer last August to collection division, I had the opportunity to work with him and to understand the goal of MSD with respect to this program. I visited the construction sites, reviewed the existing specification and modified to better serve MSD, and talk with various contractors and manufacturer's representatives. Although, I have not work specifically in this program, however, as a project manager I was responsible for many capital improvement projects (CIP) "sewer projects" that indirectly manhole rehab was a part of them. The following sewer projects are **a few selected examples**:

- CIP 97-112 Pleasant Run Sewer
- CIP 97-92 Mill Road Sewer
- CIP 97-18 McLean Street Sewer
- CIP 96-37 Symmes/Carter Sewer Replacement
- CIP 95-59 Morgan Street Trunk Sewer
- CIP 95-33 Cleves Ohio Sewer
- CIP 94-19 Glendora Ave. Sewer
- CIP 94-14 Race Road Sewer
- CIP 92-85 Indian Hill Sewer
- CIP 92-74 Pleasant Run Gravity Sewer
- CIP 91-04 Sewer 916&1013
- CIP 90-17 Ruckle Ave. Sewer
- CIP 85-58 Blackford Street Sewer

I preformed my duties as project manager with MSD Planning and Program Management from 1992 to August 2000.

7

000457

E-7

I.D.#____10665____

## SECTION 3: FIELD EXPERIENCE

Discuss your **field** experience, including projects, dates and contractors you worked with that involved entering manholes; inspecting manholes, internal linings of house laterals in the public right of way and internal lining of point repairs; supervising field personnel and managing pre-pavement inspections.  Also, discuss your field experience resolving customer complaints and contractual issues.

The sewer contractors I have worked with during my time as project manager are as follow: Nemann Construction, Treble Construction, Titus Construction, Rudolph and Libbe, Reynolds, Paul Rack Construction, Neyra Construction, Apex, May, Ameritcon, and Ray Pruse&Son.

I also have worked with underwater contractors such as American Inland Marine, Southern Marine, and Northern Kentucky Diving.

As project manager in order to achieve successful projects and be able to complete them on time, it meant working with residents and contractors closely. I had meeting with the resident prior to start of construction, inform them with MSD's goal, and make them feel welcome to call me at anytime if there seems to be a problem. As a result, 99% of my projects were problem free and if there were a problem with the contractor and/or resident, the construction manager, contractor or resident and I would meet with the complainer immediately and solve the problem and/or misunderstanding.  Not once I had to take the complaint any further than solving the problem at the project site.

000453

E-8

I.D.#____10665____

# SECTION 4: PROJECT/CONTRACT MANAGEMENT

Discuss your experience in **contract management and bid packaging** of manhole rehabilitation projects including experience with repair and replacement of manholes, supervising a smaller budget and other related contractor issues (or other projects if you have no experience in manhole rehabilitation).  Include experience supervising in-house subordinate staff in all phases for the preparation of design plans and specifications from conception to final bid documents.  Also discuss any experience preparing written reports on projects you have managed.

Prior to my transfer to wastewater collection division, I completed design/construction of over 80 projects (70% treatment and 30% collection), and managing over 30 projects in the design phase. My responsibly began with planning (study), design, Permit to Install (PTI) by OEPA and other related permits, easement acquisition, bid packing and bid duration, construction, safety, procurement, cost control, and concluded with providing "as built drawings" to the owners (Treatment and/or Collection Division).

The total budgeted cost of all projects that I was responsible for was over 400 million dollars, which were varies from 10% bellow and 90% above one (1) million dollars. The most budgeted project was Mill Creek Treatment Dewatering System CIP 97-99 with 33 million dollars. Regardless of the cost, I as project manager made sure that all projects were treated equal.

For large and complicated projects, I use team concept that included internal staff and consultants and contractors. We would meet regularly in a monthly basis and if need be bi-weekly. I conducted Program Management Team concept whenever there were several projects by different project managers within the same treatment plant, We meaning plant staff, project managers, and consultants would meet quarterly to discuss the projects and to making sure there is not any conflict among projects.

Preparing monthly report regarding each and every project was a part of project manager's responsibility. I have written over 90 monthly reports during my time as project manager.

000453

E-9

I.D.#____10665____

# SECTION 5: WORK PROBLEM

This section requires you to provide an answer complete with explanation and rationale for a specific work situation that would demonstrate your ability to recognize a problem and solve the problem in the field of manhole rehabilitation, internal lining of house laterals in the public right of way, and internal lining of point repairs.  It is preferred that the project involved manholes. You should describe a problematic work situation which may have involved a contractor, engineer, and/or subordinate; discuss how you handled the problem; any EPA implications; and describe your role in correcting the situation.  Please describe the Apros and cons" of the solution.  Please describe alternate solutions that were considered and the positive and negative aspects of the alternatives.

Since it is impossible to use a sample problem with the above criteria for manhole rehab, I will use a treatment problem.

CIP No. 96-81
Sanitary Sewer #3942
Project: Little Miami preliminary Treatment System
Total Cost $9,254,491
Plant Manager: Charlie Kane
Project Manager: Ali Bahar
Construction Manager: Biju George
Consultant: BBS Corporation
Contractor: Reynolds Construction Inc.

In October 1997, in order for the contractor to connect the four-mile pumping station piping to the deteriorator tanks, meant to divert the incoming flow through the plant auxiliary line to Ohio River for a maximum of four hours. Several meetings were held between the MSD staff, consultant, contractor, and contacted OEPA to make sure every possible item has been covered. The diversion began at 9:00 A.M. and stopped prior to 1:00 P.M. Several hours later the boathouse down stream of the plant discharge line contacts the news media and reported the what was considered as an accident, by 11:00 P.M., every agency was involve. There were several boats ducking at the boathouse covered with grease/grit from the previous plant auxiliary line use.

Action taken: Meeting was held the next morning at the director's office with all the parties involve to explain what has happened, and by 1:00 P.M. I held a meeting with the news media, explained the situation, the action will be taken, and MSD took the responsibility for cleaning the area around the boathouse and the boats. The total cost for cleaning was close to $5,000.00.

What went wrong: Although we held several meeting among the staff involve and contacted OEPA prior to implementation, still we omitted couple of agencies (Ohio River Conservancy,

10

000460

E-10

I.D.#____10665____

Corp of Engineers, and Tusculum Area Representative), and boathouse downstream of the plant.

Lesson learned: After completion of the project, a meeting was held to analyze the situation and the "Pros and Cons". A checklist was drafted for using in the future whenever we are in the same situation. Even though, we thought we have kept everyone involve and aware of the situation, there was still a few we missed.

000461

E-11

**City of Cincinnati**
Department of Personnel
Two Centennial Plaza, Suite 200
805 Central Avenue
Cincinnati, OH 45202
*An Equal Opportunity Employer*

**Application for promotion to**

Eng. Tech. Sup. 4 (A) WWC Maint. & Oper. Lab

*Title of Position*

| First Name: Ali | Middle Initial: M. | Last Name: Bahar |
|---|---|---|

| Current Classification: CET 4 | Soc. Sec. No.: |
|---|---|

| Department: MSD | Division: WWC |
|---|---|

Apartment or Box #:
Street Address: 225 west Galbraith Road

| City: Cincinnati | State: Ohio | Zip: 45215 |
|---|---|---|

| Day Phone: (513) 352-4205 | Evening Phone: (513) - 3515 |
|---|---|

**CIRCLE ONE**

| | | N/A | Yes | No |
|---|---|---|---|---|
| Do you have the required amount of experience in an eligible City classification? Classification:        From: 6/26/88  To: Present | | N/A | **Yes** | No |
| Do you have the required coursework? (If yes, attach transcripts.) | | N/A | **Yes** | No |
| Do you have a valid driver's license? (Show to staff or mail a copy.) | | N/A | **Yes** | No |
| Do you have a professional license or certificate or CDL? (Attach a copy.) | | N/A | **Yes** | No |
| Have you ever been convicted of any traffic violations or paid any tickets? | | | **Yes** | No |
| Have you ever been convicted of any other local, state, or federal offense? | | | Yes | **No** |
| Do you request any reasonable accommodation? (If so, attach a Request for Reasonable Accommodation Form.) | | | Yes | **No** |

**Place a check by each item that you have attached to your application.**

| Copy of Driver's License (if application is mailed) | ✓ | Applicant Flow Sheet | ✓ |
|---|---|---|---|
| Reasonable Accommodation Request | | Copy of Transcript(s) | ✓ |
| Copy of license or certificate or CDL | ✓ | Resume | ✓ |
| Other: | | | |

All information provided by me in support of my application for employment is true and correct to the best of my knowledge. I understand that misrepresentations or omissions may be cause for rejection, or may be cause for subsequent dismissal if I am hired. I hereby authorize any present or former employer, person, firm, corporation or government agency to answer any and all questions and to release or provide any information within their knowledge records.  I agree to hold any and all of them blameless and free of any liability for releasing any truthful information that is within their knowledge or records.

Signature: _____  Date: 12/18/00

OH 10-13-2003

**PERSONNEL DEPARTMENT STAFF ONLY:**

DRIVER'S LICENSE SHOWN:  YES ✓  No_____    CDL SHOWN:  YES_____  No _____

EXAM DATE 1-18-01 JM  DATE APPOINTED TO CITY 6-26-88 JM  SERVICE RATING DATE 8-26-00

SERVICE RATING POINTS 1.75 JM   SENIORITY POINTS 5.8 JM

000462

E72



City of Cincinnati
**Department of Personnel**
Two Centennial Plaza,
Suite 200
805 Central Avenue
Cincinnati, OH 45202

**Work Experience Form**

_Eng Tech Sup  MSD/WWC - Manhole Rehab_
                                              _Program_
**Title of Position**

| First Name: | Middle Initial: | Last Name: |
|---|---|---|
| Ali | M | Bahar |

Social Security Number: ~~[redacted]~~

| Time: (Month/Day/Year) | | Employer's Name, Address, Phone | Description of job duties |
|---|---|---|---|
| From: | To: | | |
| 6/26/88 | 10/19/92 | MSD - Wastewater Treatment Division (my supervisors have been retired) { Dave Clement { John Wright | Maintenance Engineer: Conceptualized, evaluated and performed detail design of wastewater treatment systems and processes. Developed construction schedules and cost estimates, prepared and evaluated bid documents. Performed construction management for projects. |
| 9/20/89 | 10/19/92 | MSD - Wastewater Treatment Division - Barrier Dam Sam George 352-1945 | Operation supervisor. In addition to my maintenance engineer duties, I managed operation and maintenance of 5.2 bgd (Billion Gallons per day) Barrier Dam pump station, thirteen floodgates, and four pump stations for flood control. Developed and administrated routine and preventive maintenance plans. |



**City of Cincinnati**
Department of Personnel
Two Centennial Plaza,
Suite 200
805 Central Avenue
Cincinnati, OH 45202

# Work Experience Form

_Eng Tech Sup  MSD/WWC - Manhole Rehab program_

### Title of Position

| First Name: | | Middle Initial: | Last Name: |
|---|---|---|---|
| ALi | | M | Bahar |
| Social Security Number: | | | |

List only experience that demonstrates your qualifications for this position. Make as many copies of this page as you need.

| Time: (Month/Day/Year) | | Employer's Name, Address, Phone | Description of job duties |
|---|---|---|---|
| From: | To: | | |
| Oct 9, 92 | 8/15/00 | MSD / Planning & program Management / Wastewater Engineering  Tony Huang  557-7134 | Managed multiple treatment, collection, and combined sewer over flow projects from planning through design and construction. Completed more than 75 projects with a capital budget of over $15M per year. Assisted in development of capital improvement projects for treatment plants and obtained project funding approvals from commissioners. coordinated project progress within MSD divisions, city and state agencies, and outside consultants. Acquired easements and permits and monitored project budgets and schedules. managed outside consultants and contractors. |

000407

_page 2 of 3  E-14_



City of Cincinnati
Department of Personnel
Two Centennial Plaza,
Suite 200
805 Central Avenue
Cincinnati, OH 45202

# Work Experience Form

Eng Tech Sup MSD/WWC - Manhole Rehab Program

*Title of Position*

| First Name: Ali | | Middle Initial: M | Last Name: Bahar |
|---|---|---|---|
| Social Security Number: | *List only experience that demonstrates your qualifications for position. Make as many copies of this page as you need.* | | |

| Time: (Month/Day/Year) | | Employer's Name, Address, Phone | Description of job duties |
|---|---|---|---|
| From: | To: | | |
| 8/18/00 | Present | MSD/WWC<br>Ralph Johnstone<br>352-4206 | Assist in writing specification for various materials, and products, Request for proposal of hiring consultants, preparing projects for bid through city Purchasing department, and overseeing couple of projects through the design phase. |

000465

page 3 of 3    E-15