FILED
JAMES BONINI
CLERK

03 DEC -8 PM 4: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI | : | **NOTICE OF MANUAL FILING** |
| | : | **OF DEPOSITION TRANSCRIPTS** |
| Defendant. | : | |

Plaintiff hereby provides notice of the manual filing of the original deposition transcripts listed below:

    M. Rao Dunepudi
    A. Samuel George
    Anthony T. Huang (exhibits attached)

Respectfully submitted,

_____
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Augustine Giglio, Esq., Attorney for Defendant, Assistant City Solicitor, City Hall, Room 214, Cincinnati, Ohio 45202, by regular U.S. Mail this 8th day of December, 2003.

_____