AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ALI BAHAR,

                              Case Number:   1:01cv798-SJD

    V.

CITY OF CINCINNATI,                   District Judge Susan J. Dlott

**NOTICE**

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 829 |
| | DATE AND TIME |
| | FRIDAY, JANUARY 23, 2004 at 10:00 A.M. |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions.**

2. Each counsel must prepare and submit a letter to the Court one week prior to the conference with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel.

3. Counsel shall submit the proposed Final Pretrial Conference by the close of business Tuesday, January 20, 2004.

                                                 JAMES BONINI, CLERK

                                                 ___s/Stephen Snyder_____
                                                 Stephen Snyder
                                                 Case Manager
                                                 (513) 564-7633