**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**


ALI BAHAR,                                    :        Case No.  C-1-01-798

                                              :         Judge Dlott
              Plaintiff,
                                              :
       vs.
                                              :        **NOTICE OF APPEARANCE OF
                                                       COUNSEL**
CITY OF CINCINNATI                            :


              Defendant.                      :



              Notice is hereby given that Terrance A. Nestor, Assistant City Solicitor, is

entering an appearance in the above captioned case as additional trial counsel for

Defendant City of Cincinnati.

                                    Respectfully submitted,

                                    **JULIA L. McNEIL (0043535)**
                                    City Solicitor


                                    */s/ Augustine Giglio*
                                    **AUGUSTINE GIGLIO**  (0031911)
                                    **TERRANCE A. NESTOR** (0065840)
                                    Sr. Assistant City Solicitor
                                    Room 214 City Hall
                                    801 Plum Street
                                    Cincinnati, Ohio  45202
                                    Ph. (513) 352-3334
                                    Fax: (513) 352-1515
                                    Trial Attorney for the Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify on February 3, 2004 a true and accurate copy of the foregoing Notice of

Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation

of the Court's electronic filing system and copies will be mailed to those parties who are not

served via the Court's electronic filing system.  Parties may access this filing through the Court's

system.

  */s/ Augustine Giglio*
**AUGUSTINE GIGLIO**  (0031911)
Sr. Assistant City Solicitor