IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALI BAHAR,

vs.

CITY OF CINCINNATI,

Case Number: 1:01cv798-SJD

District Judge Susan J. Dlott

NOTICE

The Trial previously scheduled for February 17, 2004 at 9:30 a.m. is hereby VACATED.


JAMES BONINI, CLERK


___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633