IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALI BAHAR, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv798-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CITY OF CINCINNATI, : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The

Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman.

IT IS SO ORDERED.


                                                              s/Susan J. Dlott
                                                              Susan J. Dlott
                                                              United States District Judge