## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ALI BAHAR : Case No. C-1-01-798
: J. Dlott
     Plaintiff, :
:
  vs. :
:
CITY OF CINCINNATI : **PLAINTIFF'S EXHIBIT LIST**
:
    Defendant. :

In accordance with Federal Rule of Civil Procedure 26 (a)(2), Plaintiff states he intends to present the following exhibits at the trial of this matter:

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION |
|---|---|
| 1000 | Excerpts from Ali Bahar's Personnel File |
| 1001 | Performance Reviews 1989-1999 |
| 1002 | Honors and Awards 1994-1999 |
| 1003 | Notice of Official Reprimand - July 10, 2000 |
| 1004 | Complaint of Discrimination - August 16, 2000 |
| 1005 | Reassignment Memo - August 18, 2000 |
| 1006 | Evaluation of Ali Bahar - August 23, 2000 |
| 1007 | Complaint to John Shirey - August 24, 2000 |
| 1008 | EEOC Charges |
| 1009 | Engineering Technical Supervisor (Manhole Rehabilitation Program) Job Posting |
| 1010 | February 9, 2001 Memo regarding Interviews for Manhole Rehabilitation Position |
| 1011 | Facility Manager Job Posting |
| 1012 | Job Description for Facility Manager Position |
| 1013 | Plaintiff's Application for Facility Manager Position |

| | |
|---|---|
| 1014 | Correspondence from Kevin Shepard regarding Plaintiff's Application for Facility Manager Position |
| 1015 | May 24, 2001 Memo regarding the Exceptional Appointment of C. Rick Schmidt as Facility Manager |
| 1016 | Evaluation of Ali Bahar - June 6, 2001 |
| 1017 | Professional Reference for Ali Bahar |
| 1018 | October 3, 2000 e-mail regarding Ali Bahar's Civil Service Commission Appeal |
| 1019 | February 7, 2002 e-mail from Julia Johnson regarding  Promotion to Senior Engineer |
| 1020 | February 7, 2002 e-mail from Pat Karney regarding  Ali Bahar passing PE Exam |
| 1021 | Evaluation of Ali Bahar - January 22, 2003 |
| 1022 | Evaluation of Ali Bahar - August 16, 2002 |
| 1023 | January 4, 1993 memo from A. Samuel George regarding Service of Ali Bahar |
| 1024 | Supervising Engineer (Engineering Office) Job Posting |
| 1025 | January 24, 2004 letter from John Plahovinsak regarding Supervising Engineer list |
| 1026 | June 20, 1994 Supervising Engineer Job Posting |
| 1027 | Documents regarding Ali Bahar's Complaint of Discrimination with the City of Cincinnati's EEO |
| 1028 | Salary Grades |
| 1029 | Organizational Chart |
| 1030 | Excerpts of June 24, 2003 Optimization Plan - Draft One |
| 1031 | Civil Service Rules |
| 1032 | Excerpts of July 31, 2003 Optimization Plan - Draft Two |
| 1033 | Excerpts of Cindy Kron's Personnel File |
| 1034 | Excerpts of Rick Schmidt's Personnel File |
| 1035 | Ali Bahar's Wage History |

Respectfully submitted,


/s/ Kelly Mulloy Myers
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975
FAX:  (513) 651-2570
*kmyers@frekingandbetz.com*
*randy@frekingandbetz.com*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Kelly Mulloy Myers