UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ALIBAHAR** | : | **CASE NO. C-1-01-798** |
| **Plaintiff** | : | **J. Bertelsman** |
| v. | : | **DEFENDANT'S EXHIBIT LIST** |
| | : | |
| **CITY OF CINCINNATI,** | | |
| | : | |
| **Defendant** | | |

In accord with the Court's pretrial order, Defendant states it may present the following exhibits at trial:

### EXHIBITS OF DEFENDANT

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2000 | EIT Job Analysis Questionnaire | |
| DX2001 | Salary Grade/Step Schedule (EIT) | |
| DX2002 | 8/18/00 Memo to CSC from Julia Johnson | |
| DX2003 | EIT Classification Specifications | |
| DX2004 | CSC Minutes re: Change of EITs | |
| DX2005 | CSC Minutes re: Bahar Appeal | |
| DX2006 | MSD Form 9 re: Personnel Action | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2007 | CHIS Job Summary | |
| DX2008 | CSC Rules (R.10, 11, 47, 49, 51, 52) | |
| DX2009 | 7/19/88 New Employee Checklist | |
| DX2010 | 6/17/88 Memo to J. Johnson | |
| DX2011 | 5/18/88 Interview Notes | |
| DX2012 | 7/10/00 Notice of Official Reprimand | |
| DX2013 | 7/24/00 Bahar Memo | |
| DX2014 | 7/25/00 Bahar Memo | |
| DX2015 | 8/22/00 Chapman Memo | |
| DX2016 | 8/16/00 Bahar Letter to Reece | |
| DX2017 | 8/18/00 Bahar E-mails | |
| DX2018 | 8/24/00 Bahar E-mail | |
| DX2019 | Public Records Request (0020-0037) | |
| DX2020 | 8/13/99 Karney E-mail | |
| DX2021 | 12/12/01 Danepudi E-mail | |
| DX2022 | 6/5/00 Memo re: Employees Working Out of Classification | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2023 | 11/2/99 Memo re: MSD Policy | |
| DX2024 | 8/01/00 Danepudi E-mail | |
| DX2025 | 5/03/01 Bahar E-mail | |
| DX2026 | 4/23/01 Bahar E-mail | |
| DX2027 | Updated Letter from Bahar to Shirey | |
| DX2028 | 4-5-99 Slavin Letter to Bahar | |
| DX2029 | 6-16-00 Karney E-mail | |
| DX2030 | 1-16-2002 Bahar Letter 0071-0072 | |
| DX2031 | 8-28-00 Bahar Letter to CSC | |
| DX2032 | 8-24-00 Bahar E-mail | |
| DX2033 | 9-7-99 Bahar Memo to Huang | |
| DX2034 | 3-25-99 J. Johnson Memo | |
| DX2035 | 2-22-93 Nuxoll Memo re: Project Managers | |
| DX2036 | 3-23-00 Shirey Memo & Ordinance | |
| DX2037 | 4-3-00 Krings Letter to Bahar | |
| DX2038 | 1-19-87 Perkins Letter to Bahar | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2039 | 7-15-99 Karney Letter to Roberson | |
| DX2040 | 4-27-00 Karney Memo to Shirey | |
| DX2041 | 6/97 Non Discrimination Handbook | |
| DX2042 | MSD Career Path FlowSheet | |
| DX2043 | 5-24-01 CSC Minutes | |
| DX2044 | 3-15-01 CSC Minutes | |
| DX2045 | 5-1-01 Bahar Facility Manager Application | |
| DX2046 | 5-18-01 Shepard Letter to Bahar | |
| DX2047 | 5-24-01 Callahan Memo re: Schmidt | |
| DX2048 | 1-26-01 Public Record Request | |
| DX2049 | 2-9-01 Minges Memo to Bahar, Kim, St. John | |
| DX2050 | 3-29-00 Bahar Letter to Krings | |
| DX2051 | 00871-884 Bahar EEOC Complaint | |
| DX2052 | 00924 Bahar EEOC Complaint | |
| DX2053 | Bahar EEOC Affidavit | |
| DX2054 | Bahar EEOC Affidavit re: Retaliation | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2055 | 2-22-01 Bahar E-mail | |
| DX2056 | 2-15-01 Karney Letter re: M. Umberg | |
| DX2057 | 2-14-01 Karney Letter re: S. Moisio | |
| DX2058 | 2-14-01 Karney Letter re: B. George | |
| DX2059 | 9-7-00 Bahar E-mail re: Leadership #3 | |
| DX2060 | 9-06-00 Bahar E-mail to D. Chapman | |
| DX2061 | 8-10-99 MSD Reorganization Memo | |
| DX2062 | 4-10-00 Campbell E-mail to Niemeyer | |
| DX2063 | 8-28-00 Chapman E-mail to Bahar | |
| DX2064 | 7-14-00 Bahar Memo to Campbell | |
| DX2065 | 7-13-00 Campbell Memo to Bahar | |
| DX2066 | 11-16-99 Bahar Memo to Rahtz | |
| DX2067 | 8-14-00 Bahar E-mail to Kesterman | |
| DX2068 | 4-17-00 Campbell E-mail to T. Huang | |
| DX2069 | 3-24-00 Bahar E-mail to T. Huang 1258-1259 | |
| DX2070 | 3-15-00 Bahar E-mail to T. Huang 1260-1261 | |

5

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2071 | 3-15-00 Flanders E-mail to Bahar | |
| DX2072 | 3-14-00 Huang E-Mail to Bahar | |
| DX2073 | 3-13-00 Huang E-mail to B. Campbell | |
| DX2074 | 4-10-00 Corr. R. Cambell to P. Karney | |
| DX2075 | 3-20-00 Memo to B. Campbell from WWE | |
| DX2076 | 2-7-00 Karney Memo to Bahar | |
| DX2077 | 4-20-98 Bahar Corr & Argument to B&V | |
| DX2078 | 2-7-02 Bahar Diary ("BD") | |
| DX2078 | 3-14-02 Bahar Diary | |
| DX2079 | 3-22-02 Bahar Diary | |
| DX2078 | 2-27-01 BD | |
| DX2079 | 2-28-01 BD | |
| DX2080 | 11-12-99 BD | |
| DX2081 | 11-15-99 BD | |
| DX2082 | 12-6-99 BD | |
| DX2083 | 12-8-97 BD | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2084 | 4-19-96 BD | |
| DX2085 | 7-6-00 Campbell E-mail to T. Huang | |
| | | |

                                    Respectfully submitted,

                                    **JULIA L. McNEIL (0043535)**
                                    City Solicitor


                                    */s/ Terrance A. Nestor*
                                    **AUGUSTINE GIGLIO** (0031911)
                                    **TERRANCE A. NESTOR** (0065840)
                                    Sr. Assistant City Solicitor
                                    Room 214 City Hall
                                    801 Plum Street
                                    Cincinnati, Ohio  45202
                                    Ph. (513) 352-3334
                                    Trial Attorney for the Defendant
                                    Terry.Nestor@Cincinnati-oh.gov

## CERTIFICATE OF SERVICE

I hereby certify on October 18, 2004 a true and accurate copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                     */s/ Terrance A. Nestor*
                                    **TERRANCE A. NESTOR (0065840)**