**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ALIBAHAR** | : | **CASE NO. C-1-01-798** |
| **Plaintiff** | : | **J. Bertelsman** |
| **v.** | : | **DEFENDANT'S EXHIBIT LIST** |
| | : | |
| **CITY OF CINCINNATI,** | : | |
| **Defendant** | : | |

---

In accord with the Court's pretrial order, Defendant states it may call the following witness at trial:

1. **Robert Campbell**. Mr. Campbell is the acting director of the MSD and was the deputy director under Patrick Karney. Mr. Campbell will address the allegations of the Plaintiff and the basis for Defendant's defenses.

2. **Patrick Karney.** Mr. Karney is the former director of the MSD. He will address the allegations of Plaintiff and the basis for Defendant's defenses.

3. **Julia Johnson.** Ms. Johnson is the human resources manager for the MSD. She will address the allegations of Plaintiff and the basis for Defendant's defenses.

4. **Tom Quinn.** Mr. Quinn is a former director of the MSD. He will address procedures for obtaining additional funds for projects during his tenure as director.

5. **Kevin Shepard.** Mr. Shepard will testify regarding his decision in selecting to fill a vacant position for Facility Manager in his department in 2001.

6.      **Jerry Wiemer.** Mr. Weimer is a former supervisor of Mr. Bahar. He will testify regarding the plaintiff's duties and work as a CET-4 at Wastewater Collections, a division of MSD.

7.      **Ralph Johnstone.** Mr. Johnstone is a former supervision of Mr. Bahar. He will testify regarding plaintiff's duties and work as CET-4 at Wastewater Collections.

8.      **Peter Schneider.** Mr. Schneider will testify regarding Plaintiff's claims and defendant's defenses as well as procedures and plaintiff's activities seeking to establish Mr. Campbell violated internal procedures.

9.      **Steve Minges.** Mr. Minges is the supervisor of the Wastewater collections division. He will address plaintiff's allegations and the basis for defendant's defenses.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*/s/ Terrance A. Nestor*
**AUGUSTINE GIGLIO** (0031911)
**TERRANCE A. NESTOR** (0065840)
Sr. Assistant City Solicitor
Room 214 City Hall
801 Plum Street
Cincinnati, Ohio  45202
Ph. (513) 352-3334
Trial Attorney for the Defendant
Terry.Nestor@Cincinnati-oh.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on October 18, 2004 a true and accurate copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u> /s/ *Terrance A. Nestor*</u>
**TERRANCE A. NESTOR (0065840)**