**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CONSOLIDATED
CIVIL ACTION NO. 1:01cv00798-SJD**

**ALI BAHAR**                                                               **PLAINTIFF**

**VS.**                                                 <u>**ORDER**</u>

**CITY OF CINCINNATI**                                       **DEFENDANT**

In order to clarify the final pretrial conference order previously entered herein,

**IT IS ORDERED** that all witness lists and statements, and exhibit lists shall be filed herein **seven (7) days** prior to the final pretrial conference set in this matter. All other deadlines contained in said final pretrial conference order shall remain **in effect**.

This 26th day of October, 2004.



Signed By:
<u>William O. Bertelsman</u> /WOB/
United States District Judge