UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CONSOLIDATED
CIVIL ACTION NO. 1:01cv00798-WOB**

**ALI BAHAR**                                                                     **PLAINTIFF**

**VS.**                                               **ORDER**

**CITY OF CINCINNATI**                                                **DEFENDANT**


A final pretrial conference was held in this matter on November 15, 2004. Randy Freking and Kelly Mulloy Meyers represented the plaintiff; Augustine Giglio and Terrance Nestor represented the defendant. Official court reporter Joan Averdick recorded the proceedings.

Having heard the parties, and the court being otherwise advised,

**IT IS ORDERED** as follows:

1. That this matter is hereby set for **trial by jury on Tuesday, January 18, 2005 at 9:30 a.m.** The parties have stipulated that trial will be held at the United States District Courthouse, 35 W. 5th Street, in Covington, Kentucky, in the fifth floor courtroom; and

2. That the parties shall file any motions in limine **on or before December 10, 2005**; any responses thereto shall be due

**December 20, 2004**; and any replies shall be due **December 30, 2004**.

This 22nd day of November, 2004.



Signed By:
William O. Bertelsman WOB
United States District Judge