**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CONSOLIDATED**
**CIVIL ACTION NO. 1:01cv00798-WOB**

**ALI BAHAR**                                                                **PLAINTIFF**

**VS.**                               **ORDER**

**CITY OF CINCINNATI**                                            **DEFENDANT**

Having reviewed the status of this matter,

**IT IS ORDERED** that this case shall be **TRANSFERRED** from the docket of the Honorable William O. Bertelsman to the docket of the Honorable Michael H. Watson, United States District Court for the Southern District of Ohio.

This 17th day of December, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge