IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,

    Plaintiff,

v.

City of Cincinnati,

    Defendant.

Case No. 1:01cv798

District Judge Michael H. Watson

## ORDER

A review of the docket reveals the parties submitted proposed jury instructions in February, 2004. If the parties wish to supplement their previously filed jury instructions, they shall do so on or before January 12, 2005. Additionally, the jury instructions proposed to the Court shall be a complete set of instructions, if not previously filed as such. Finally, on or before January 12, 2005, the parties shall submit the proposed instructions in hard copy and to the Court's e-mail address at watson_chambers@ohsd.uscourts.gov. Each instruction should be submitted in WordPerfect for Windows 6.1 or later, on a separate 8.5" x 11" sheet of paper identified as "Plaintiff(s) [Defendant(s)] Requested Instruction No. ___." All proposed instructions shall be supported by citations to authority at the time submitted to the Court. If counsel wish to utilize special verdict forms or submit interrogatories to the jury, these should also be filed along with the jury instructions.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**