**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Ali Bahar,                                  :
                                            :       Case No.  1:01cv798
                Plaintiff,                  :
                                            :       District Judge Michael H. Watson
        v.                                  :
                                            :
City of Cincinnati,                         :
                                            :
                Defendant.                  :

**ORDER GRANTING THE MOTION OF PLAINTIFF TO EXTEND DEADLINE TO
RESPOND TO DEFENDANT'S MOTION *IN LIMINE***

**FINAL PRETRIAL ORDER**

Before the Court is the December 20, 2004 Motion of Plaintiff Ali Bahar
(hereinafter "Plaintiff") to Extend Deadline to Respond to Defendant's City of Cincinnati
(hereinafter "Defendant") Motion *in Limine* (Doc. 46).  Defendant does not oppose this
motion.

This matter was previously on the docket of the Honorable William O. Bertlesman
and scheduled for trial on January 18, 2004.  Judge Bertlesman ordered motions *in
limine* to be filed by December 10, 2004 with responses filed by December 20, 2004 and
any replies filed by December 30, 2004.  However, on December 20, 2004, this matter
was transferred to the docket of this Court.  As such Plaintiff seeks an extension of time
to respond to Defendant's Motion *in Limine* which will comport with the new trial
schedule once the matter is re-set for trial.

As this matter will commence for trial on January 19, 2005, as the Court has a
prior engagement on January 18, 2005, there will not be a new trial schedule.  Thus, the

December 20, 2004 Motion of Plaintiff to Extend Deadline to Respond to Defendant's Motion *in Limine* (Doc. 46) is **GRANTED**. The Court notes Plaintiff filed his response on December 24, 2004 (Doc. 47).

As stated above, the trial in this matter shall proceed on <u>January 19, 2005 at 10:00 a.m. at the United States Courthouse, Eastern District of Kentucky, Visiting Judge's Courtroom, 4th Floor, 35 West Fifth Street, Covington, Kentucky</u>. Counsel shall review and comply with the Court's procedures set forth at http://www.ohsd.uscourts.gov/fpWatson.htm. Moreover, as this Court will not conduct a final pre-trial conference in this matter, the parties shall submit a joint pre-trial statement and trial briefs on or before January 12, 2005.

Finally, as the trial in this matter is proceeding at the United States Courthouse in Covington, Kentucky, the proponent of any exhibit which will be discussed by a witness or utilized during opening or closing statements should be prepared to use the Court's visual presentation system. The system can display documents, x-rays, photographs, negatives and videos. The presentation system is designed to display the exhibit simultaneously to the parties, the jury, the witnesses, and the Court. Although there is a witness monitor, some witnesses have difficulty reading from same; so an extra copy to hand to the witness should be readily available.. First-time users of the system should contact the Clerk's office at (859)392-7925 to make arrangements to learn the system.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

2