# APPENDIX A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**PLAINTIFF'S WITNESS LIST**

ALI BAHAR v. CITY OF CINCINNATI                                Case No. C-1-01-798

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| MICHAEL WATSON | KELLY MULLOY MYERS<br>RANDOLPH FREKING | AUGUSTINE GIGLIO<br>TERRY NESTOR |

TRIAL DATE(S)
JANUARY 19, 2005

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Tony Huang | Mr. Huang will testify to matters testified to during his deposition. Mr. Huang will testify as to Plaintiff's work performance and the policies and procedures of MSD. He will also testify as to the discriminatory practices within the MSD. |
| | Rao Donepudi | Mr. Donepudi will testify to matters testified to during his deposition. Mr. Donepudi will testify as to Plaintiff's character. He will also testify that Defendant wanted to terminate Plaintiff and the discriminatory practices within the MSD. |
| | Sam George | Mr. George will testify to matters testified to during his deposition. Mr. George will also testify as to Plaintiff's work performance and the policies and procedures within the MSD. |
| | Tom Quinn | Mr. Quinn will testify to matters testified to during his deposition. Mr. Quinn will testify as to Plaintiff's qualifications and work performance, and the policies and procedures within the MSD. |

| WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|
| Joe Niehaus | Mr. Niehaus will testify to matters testified to during his deposition. Mr. Niehaus will testify as to Plaintiff's work performance and character and the proper procedures for requesting and implementing change orders. |
| Bob Campbell | Mr. Campbell will testify to matters testified to during his deposition. Mr. Campbell will testify as to Plaintiff's qualifications and work performance, the policies and procedures within the MSD and the engineer in training system. Mr. Campbell will also testify about the change order involving Plaintiff, his transfer to wastewater collection and his change in job status. |
| Julia Johnson | Plaintiff anticipates that Ms. Johnson will testify to matters testified to during her deposition. |
| Ali Bahar | Plaintiff has information concerning all matters at issue in this litigation. |
| Laura Bahar | Mrs. Bahar, Plaintiff's wife, will testify regarding the damages and impact of the national origin harassment suffered by Plaintiff. |