# APPENDIX C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**PLAINTIFF'S EXHIBIT LIST**

ALI BAHAR v. CITY OF CINCINNATI                                      Case No. C-1-01-798

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| MICHAEL WATSON | KELLY MULLOY MYERS<br>RANDOLPH FREKING | AUGUSTINE GIGLIO<br>TERRY NESTOR |

TRIAL DATE(S)
JANUARY 19, 2005

| Plaintiff No. | Date Offered | Admitted | Exhibit Description |
|---|---|---|---|
| 1000 | | | Excerpts from Ali Bahar's Personnel File |
| 1001 | | | Performance Reviews 1989-1999 |
| 1002 | | | Honors and Awards 1994-1999 |
| 1003 | | | Notice of Official Reprimand - July 10, 2000 |
| 1004 | | | Complaint of Discrimination - August 16, 2000 |
| 1005 | | | Reassignment Memo - August 18, 2000 |
| 1006 | | | Evaluation of Ali Bahar - August 23, 2000 |
| 1007 | | | Complaint to John Shirey - August 24, 2000 |
| 1008 | | | EEOC Charges |
| 1009 | | | Engineering Technical Supervisor (Manhole Rehabilitation Program) Job Posting |
| 1010 | | | February 9, 2001 Memo regarding Interviews for Manhole Rehabilitation Position |
| 1011 | | | Facility Manager Job Posting |
| 1012 | | | Job Description for Facility Manager Position |

| 1013 | | | Plaintiff's Application for Facility Manager Position |
|---|---|---|---|

| Plaintiff No. | Date Offered | Admitted | Exhibit Description |
|---|---|---|---|
| 1015 | | | May 24, 2001 Memo regarding the Exceptional Appointment of C. Rick Schmidt as Facility Manager |
| 1016 | | | Evaluation of Ali Bahar - June 6, 2001 |
| 1017 | | | Professional Reference for Ali Bahar |
| 1018 | | | October 3, 2000 e-mail regarding Ali Bahar's Civil Service Commission Appeal |
| 1019 | | | February 7, 2002 e-mail from Julia Johnson regarding Promotion to Senior Engineer |
| 1020 | | | February 7, 2002 e-mail from Pat Karney regarding Ali Bahar passing PE Exam |
| 1021 | | | Evaluation of Ali Bahar - January 22, 2003 |
| 1022 | | | Evaluation of Ali Bahar - August 16, 2002 |
| 1023 | | | January 4, 1993 memo from A. Samuel George regarding Service of Ali Bahar |
| 1024 | | | Supervising Engineer (Engineering Office) Job Posting |
| 1025 | | | January 24, 2004 letter from John Plahovinsak regarding Supervising Engineer list |
| 1026 | | | June 20, 1994 Supervising Engineer Job Posting |
| 1027 | | | Documents regarding Ali Bahar's Complaint of Discrimination with the City of Cincinnati's EEO |
| 1028 | | | Salary Grades |
| 1029 | | | Organizational Chart |
| 1030 | | | Excerpts of June 24, 2003 Optimization Plan - Draft One |
| 1031 | | | Civil Service Rules |
| 1032 | | | Excerpts of July 31, 2003 Optimization Plan - Draft Two |
| 1033 | | | Excerpts of Cindy Kron's Personnel File |
| 1034 | | | Excerpts of Rick Schmidt's Personnel File |
| 1035 | | | Ali Bahar's Wage History |