# APPENDIX D

# EXHIBITS OF DEFENDANT

| Designation | Description | Identified/Admitted |
| --- | --- | --- |
| DX2000 | EIT Job Analysis Questionnaire | |
| DX2001 | Salary Grade/Step Schedule (EIT) | |
| DX2002 | 8/18/00 Memo to CSC from Julia Johnson | |
| DX2003 | EIT Classification Specifications | |
| DX2004 | CSC Minutes re: Change of EITs | |
| DX2005 | CSC Minutes re: Bahar Appeal | |
| DX2006 | MSD Form 9 re: Personnel Action | |
| DX2007 | CHRIS Job Summary | |
| DX2008 | CSC Rules (R.10, 11, 47, 49, 51, 52) | |
| DX2009 | 7/19/88 New Employee Checklist | |
| DX2010 | 6/17/88 Memo to J. Johnson | |
| DX2011 | 5/18/88 Interview Notes | |
| DX2012 | 7/10/00 Notice of Official Reprimand | |
| DX2013 | 7/24/00 Bahar Memo | |
| DX2014 | 7/25/00 Bahar Memo | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2015 | 8/22/00 Chapman Memo | |
| DX2016 | 8/16/00 Bahar Letter to Reece | |
| DX2017 | 8/18/00 Bahar E-mails | |
| DX2018 | 8/24/00 Bahar E-mail | |
| DX2019 | Public Records Request (0020-0037) | |
| DX2020 | 8/13/99 Karney E-mail | |
| DX2021 | 12/12/01 Danepudi E-mail | |
| DX2022 | 6/5/00 Memo re: Employees Working Out of Classification | |
| DX2023 | 11/2/99 Memo re: MSD Policy | |
| DX2024 | 8/01/00Danepudi E-mail | |
| DX2025 | 5/03/01 Bahar E-mail | |
| DX2026 | 4/23/01 Bahar E-mail | |
| DX2027 | Updated Letter from Bahar to Shirey | |
| DX2028 | 4-5-99 Slavin Letter to Bahar | |
| DX2029 | 6-16-00 Karney E-mail | |
| DX2030 | 1-16-2002 Bahar Letter 0071-0072 | |
| DX2031 | 8-28-00 Bahar Letter to CSC | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2032 | 8-24-00 Bahar E-mail | |
| DX2033 | 9-7-99 Bahar Memo to Huang | |
| DX2034 | 3-25-99 J. Johnson Memo | |
| DX2035 | 2-22-93 Nuxoll Memo re: Project Managers(Withdrawn by Def.) | |
| DX2036 | 3-23-00 Shirey Memo & Ordinance | |
| DX2037 | 4-3-00 Krings Letter to Bahar | |
| DX2038 | 1-19-87 Perkins Letter to Bahar | |
| DX2039 | 7-15-99 Karney Letter to Roberson | |
| DX2040 | 4-27-00 Karney Memo to Shirey | |
| DX2041 | 6/97 Non Discrimination Handbook | |
| DX2042 | MSD Career Path FlowSheet | |
| DX2043 | 5-24-01 CSC Minutes | |
| DX2044 | 3-15-01 CSC Minutes | |
| DX2045 | 5-1-01 Bahar Facility Manager Application | |
| DX2046 | 5-18-01 Shepard Letter to Bahar | |
| DX2047 | 5-24-01 Callahan Memo re: Schmidt | |
| DX2048 | 1-26-01 Public Record Request | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2049 | 2-9-01 Minges Memo to Bahar, Kim, St. John | |
| DX2050 | 3-29-00 Bahar Letter to Krings | |
| DX2051 | 00871-884 Bahar EEOC Complaint | |
| DX2052 | 00924 Bahar EEOC Complaint | |
| DX2053 | Bahar EEOC Affidavit | |
| DX2054 | Bahar EEOC Affidavit re: Retaliation | |
| DX2055 | 2-22-01 Bahar E-mail | |
| DX2056 | 2-15-01 Karney Letter re: M. Umberg | |
| DX2057 | 2-14-01 Karney Letter re: S. Moisio | |
| DX2058 | 2-14-01 Karney Letter re: B. George | |
| DX2059 | 9-7-00 Bahar E-mail re: Leadership #3 | |
| DX2060 | 9-06-00 Bahar E-mail to D. Chapman | |
| DX2061 | 8-10-99 MSD Reorganization Memo | |
| DX2062 | 4-10-00 Campbell E-mail to Niemeyer | |
| DX2063 | 8-28-00 Chapman E-mail to Bahar | |
| DX2064 | 7-14-00 Bahar Memo to Campbell | |
| DX2065 | 7-13-00 Campbell Memo to Bahar | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2066 | 11-16-99 Bahar Memo to Rahtz | |
| DX2067 | 8-14-00 Bahar E-mail to Kesterman | |
| DX2068 | 4-17-00 Campbell E-mail to T. Huang | |
| DX2069 | 3-24-00 Bahar E-mail to T. Huang 1258-1259 | |
| DX2070 | 3-15-00 Bahar E-mail to T. Huang 1260-1261 | |
| DX2071 | 3-15-00 Flanders E-mail to Bahar | |
| DX2072 | 3-14-00 Huang E-Mail to Bahar | |
| DX2073 | 3-13-00 Huang E-mail to B. Campbell | |
| DX2074 | 4-10-00 Corr. R. Cambell to P. Karney | |
| DX2075 | 3-20-00 Memo to B. Campbell from WWE | |
| DX2076 | 2-7-00 Karney Memo to Bahar | |
| DX2077 | 4-20-98 Bahar Corr & Argument to B&V | |
| DX2078 | 2-7-02 Bahar Diary ("BD") | |
| DX2078 | 3-14-02 Bahar Diary | |
| DX2079 | 3-22-02 Bahar Diary | |
| DX2078 | 2-27-01 BD | |
| DX2079 | 2-28-01 BD | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2080 | 11-12-99 BD | |
| | | |
| DX2081 | 12-6-99 BD | |
| DX2082 | 12-8-97 BD | |
| DX2083 | 4-19-96 BD | |
| DX2084 | 7-6-00 Campbell E-mail to T. Huang | |
| DX2085 | Project Manager Positing | |
| DX2086 | 7-6-00 Campbell E-mail from T. Huang – pg. 1 & 2 | |
| DX2087 | 3-1-00 Karney E-mail from J. Shirey – pg. 1 & 2 | |
| DX2088 | 8-9-02 Huang E-mail to P. Karney – pg. 1 & 2 | |
| DX2089 | Staff Allocation for USEPA Response – pg. 1 & 2 | |