# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI | : | **NOTICE OF MANUAL FILING** |
| | : | **OF DEPOSITION TRANSCRIPTS** |
| Defendant. | : | |

Plaintiff hereby provides notice of the manual filing of the original deposition transcripts listed below:

    Ralph Johnstone (w/exhibits)
    George Stephen Minges (w/exhibits)
    Peter S. Schneider (w/exhibits)
    Kevin Shepard (w/exhibits)
    Jerome Weimer (w/exhibits)

    Respectfully submitted,

    /s/ Kelly Mulloy Myers
    Kelly Mulloy Myers (0065698)
    Randolph H. Freking (0009158)
    Trial Attorneys for Plaintiff
    FREKING & BETZ
    215 East Ninth Street, Fifth Floor
    Cincinnati, OH 45202
    (513) 721-1975/FAX: (513) 651-2570
    *kmyers@frekingandbetz.com*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2005 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

    /s/ Kelly Mulloy Myers