UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Dlott |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI | : | **NOTICE OF MANUAL FILING** |
| | : | **OF SIGNATURES TO** |
| Defendant. | : | <u>**DEPOSITION TRANSCRIPTS**</u> |

Plaintiff hereby provides notice of the manual filing of the signatures or 30(e) certificates to be attached to the deposition transcripts listed below which were previously filed in this matter:

    Robert J. Campbell
    M. Rao Donepudi
    A. Samuel George
    Anthony T. Huang
    Julia Johnson
    Patrick Karney
    Joseph Niehaus
    Thomas J. Quinn

                                           Respectfully submitted,

                                           <u>/s/ Kelly Mulloy Myers</u>
                                           Kelly Mulloy Myers (0065698)
                                           Randolph H. Freking (0009158)
                                           Trial Attorneys for Plaintiff
                                           FREKING & BETZ
                                           215 East Ninth Street, Fifth Floor
                                           Cincinnati, OH  45202
                                           (513) 721-1975/FAX:  (513) 651-2570
                                           *kmyers@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 14, 2005 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

                                           <u>/s/ Kelly Mulloy Myers</u>