UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR, | : | CASE NO. C-1-01-798 |
| | : | |
| **Plaintiff** | : | Judge Dlott |
| | : | |
| vs. | : | |
| | : | NOTICE OF MANUAL FILING |
| CITY OF CINCINNATI, | : | OF DEPOSITION OF LAURA |
| | : | BAHAR |
| **Defendant** | : | |

Notice is hereby given that the deposition of Laura Bahar, taken in the above-referenced matter on February 6, 2004 has been manually filed in the above-referenced matter with the Court on January 18, 2005.

**JULIA L. McNEIL (0043535)**
City Solicitor

/s/ Augustine Giglio
**AUGUSTINE GIGLIO (0031911)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
Fax: (513) 352-1515
E-mail: gus.giglio@cincinnati-oh.gov
Trial Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify on January 18, 2005, a true and accurate copy of the foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ AUGUSTINE GIGLIO
Augustine Giglio (0031911)
Assistant City Solicitor
Attorney for Defendant
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
Fax: (513) 352-1515
e-mail: gus.giglio@cincinnati-oh.gov