UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,
    Plaintiff(s),

v.

Case No. 1:01cv798
(Watson, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
Jury Trial (Day 1 )
before the

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara A. Crum
**LAW CLERK:** Dora Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 19, 2005     **TIME:** 10:05am - 4:35 pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kelly Myers | Gus Giglio |
| Randy Freking | Terry Nestor |

### WITNESSES

Julia Johnson

### PROCEDURES

- ✓ Counsel present
- ✓ Jury selected and sworn
- ✓ Plaintiff calls witnesses
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments

- ✓ Voir Dire held
- ✓ Opening Statements
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ___ Defendant calls witnesses
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ___ Jury charged
- ___ Jury deliberates

Court adjourned or (in recess) until 9am 1/20/05.

Remarks: Parties waived the proceeding be held in the S.D. OH and permit the trial to be held in the E.D. KY (Covington).

60