UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALI BAHAR | : Case No. C-1-01-798 |
|  | : J. Watson |
| Plaintiff, | : |
|  | : |
| vs. | : |
|  | : **FINAL** |
| CITY OF CINCINNATI | : **JOINT PRETRIAL ORDER** |
|  | : |
| Defendant. | : |

This matter is before the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure.

I. **APPEARANCES**:

    For Plaintiff:    Kelly Mulloy Myers (0065698)
                            Randolph H. Freking (0009158)
                            Trial Attorneys for Plaintiff
                            Freking & Betz
                            215 E. Fifth Street, Fifth Floor
                            Cincinnati, OH 45202
                            (513) 721-1975/FAX: 651-2570

    For Defendant:    Augustine Giglio (0031911)
                            Terry Nestor (0065840)
                            Trial Attorneys for Defendant
                            Assistant City Solicitor
                            City Hall, Room 214
                            Cincinnati, OH 45202
                            (513) 352-3334/FAX: 352-1515

II. **NATURE OF ACTION AND JURISDICTION**:

    A.    This is an action for alleged unlawful discrimination based upon national origin pursuant to Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000 et seq. and Ohio Revised Code § 4112; retaliation under Tile VII and O.R.C. § 4112; and violation of Ohio Public Policy.

    B.    The jurisdiction of the Court is invoked under Title 28, United States Code §§ 1331 and 1367.

    C.    The jurisdiction of the Court is not disputed.

III. **TRIAL INFORMATION**:

    A.    The estimated length of trial is five days.

    B.    Trial to Jury will begin on January 19, 2005.

IV.    **STATEMENT OF THE CASE:**

    A.    Plaintiff's statement:

Plaintiff claims that Defendant discriminated against him and treated him less favorably than similarly situated American-born employees. Plaintiff claims that Defendant engaged in discriminatory behavior due to his national origin during his employment with the City of Cincinnati. Plaintiff further claims that Defendant retaliated against him for filing charges of discrimination with the EEOC. Plaintiff claims that Defendant violated clear public policies when it subjected him to national origin discrimination and retaliated against him for engaging in protected activities. Plaintiff claims that Defendant lacked an overriding legitimate business justification for its actions.

    B.    Defendant's Statement:

Defendant claims that there was no unlawful discrimination under either Federal or State law nor any violation of Public Policy.

V.    **TRIAL DETERMINATIONS:**

    A.    FACTS

        1.    Stipulated Facts:

The parties stipulate to the following facts:

    a.    Plaintiff was at all times relevant to this action an employee of the City of Cincinnati, more specifically in MSD.

    b.    Plaintiff was hired in 1988 as an Engineer in Training (EIT). Plaintiff is currently employed as a Senior Engineer.

    c.    Plaintiff and other EIT's were reclassified as Certified Engineer Technicians (CET-4) in 2000. The reclassification was for allegedly failing to obtain a Professional Engineer's license within ten years. There was no loss of pay as a result of the reclassification. At the time, Plaintiff was in the position as EIT for the longest period. Plaintiff was subsequently transferred to Wastewater Collections, one of six divisions within MSD. Plaintiff alleges that this assignment was based upon his national origin. Defendant denies this allegation.

    d.    While employed at MSD, Plaintiff submitted an application for employment as Facility Manager in another City Department. Plaintiff was not selected for the position. The Defendant selected an employee

2

    of that department who had served as "Acting Manager." Plaintiff alleges that his non-selection was based upon his national origin and in retaliation for raising an allegation of discrimination. Defendant denies this allegation.

  e. Plaintiff received a written reprimand in July of 2000 for allegedly not following proper procedures in authorizing additional funds for a Capital Improvement Project. No loss of pay resulted from this reprimand. Plaintiff alleges this action was based upon his national origin and that similarly situated native-born employees were not reprimanded. The Defendant denies this allegation.

 2. Disputed Facts:

The parties dispute the following facts and claim that the contested issues of fact remaining for decision are:

  a. Whether Plaintiff's reprimand for allegedly violating city procedure and the City's Municipal Code was based upon his national origin.

  b. Whether Plaintiff was rejected for the position of Facility Manager based upon his national origin and/or in retaliation for engaging in protected activity.

  c. Whether the selection of a native-born employee to fill the position of Supervisor of Manholes was based upon Plaintiff's national origin and/or in retaliation for engaging in protected activity.

**B. Applicable Propositions of Law**

There are no special issues of law other than those implicit in the foregoing issues of fact and those contained in the jury instructions.

**C. Witnesses**

 1. Plaintiff will call or have available for testimony at trial those witnesses listed in Appendix A hereof.

 2. Defendant will call or have available for testimony at trial those witnesses listed in Appendix B hereof.

 3. The parties reserve the right to call with prior overnight notice to opposing counsel rebuttal witnesses whose testimony could not reasonably be anticipated.

**D. Expert Witnesses**

The parties do not intend to call any expert witnesses.

E. **Exhibits**

1. Plaintiff Exhibits, Appendix C, numbers PX 1000 -1035

2. Defendant's Exhibits, Appendix D, numbers DX 2000 - DX2089

The Parties will exchange all exhibits in this action, subject to objections and motions in limine.

F. **Depositions**

Plaintiff will call Sam George by deposition. Defendant may seek to call Patrick Karney and Kevin Shepard by deposition; Plaintiff objects because Defendant did not conduct depositions of Messrs. Karney and Shepard. Defendant reserves the right to object to the use of testimony of Sam George by deposition.

G. **Completion of Discovery**

Discovery has been completed.

H. **Pending Motions**

Defendant's Motion in Limine (Doc. 44) was denied by this Court on January 5, 2005 (Doc. 51). Defendant restates its objections and reserves the right to raise objections at trial regarding the issues in its motion.

I. **Other Actions**

Motions in limine and jury instructions will be filed with the Court in accordance with its orders in this action.

The pretrial order may be modified to prevent manifest injustice, pursuant to Fed. R.Civ. Pro. 16(e)

J. **Instructions and Special Verdict**.

Submission of instructions and supplemental instructions and special verdict forms have been previously exchanged and filed with the Court.

**IT IS SO ORDERED.**

                                                             *[signature]*
                                                             Michael H. Watson
                                                            United States District Judge

/s Kelly Mulloy Myers
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
Freking & Betz
215 E. Fifth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/FAX: 651-2570


/s Augustine Giglio (per telephone authorization)
Augustine Giglio (0031911)
Terry Nestor (0065840)
Trial Attorney for Defendant
Assistant City Solicitor
City Hall, Room 214
Cincinnati, OH 45202
(513) 352-3334/FAX: 352-1515

# APPENDIX A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### PLAINTIFF'S WITNESS LIST

ALI BAHAR v. CITY OF CINCINNATI                                          Case No. C-1-01-798

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| MICHAEL WATSON | KELLY MULLOY MYERS<br>RANDOLPH FREKING | AUGUSTINE GIGLIO<br>TERRY NESTOR |

TRIAL DATE(S)
JANUARY 19, 2005

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Tony Huang | Mr. Huang will testify to matters testified to during his deposition. Mr. Huang will testify as to Plaintiff's work performance and the policies and procedures of MSD. He will also testify as to the discriminatory practices within the MSD. |
| | Rao Donepudi | Mr. Donepudi will testify to matters testified to during his deposition. Mr. Donepudi will testify as to Plaintiff's character. He will also testify that Defendant wanted to terminate Plaintiff and the discriminatory practices within the MSD. |
| | Sam George | Mr. George will testify to matters testified to during his deposition. Mr. George will also testify as to Plaintiff's work performance and the policies and procedures within the MSD. |
| | Tom Quinn | Mr. Quinn will testify to matters testified to during his deposition. Mr. Quinn will testify as to Plaintiff's qualifications and work performance, and the policies and procedures within the MSD. |

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Joe Niehaus | Mr. Niehaus will testify to matters testified to during his deposition. Mr. Niehaus will testify as to Plaintiff's work performance and character and the proper procedures for requesting and implementing change orders. |
| | Bob Campbell | Mr. Campbell will testify to matters testified to during his deposition. Mr. Campbell will testify as to Plaintiff's qualifications and work performance, the policies and procedures within the MSD and the engineer in training system. Mr. Campbell will also testify about the change order involving Plaintiff, his transfer to wastewater collection and his change in job status. |
| | Julia Johnson | Plaintiff anticipates that Ms. Johnson will testify to matters testified to during her deposition. |
| | Ali Bahar | Plaintiff has information concerning all matters at issue in this litigation. |
| | Laura Bahar | Mrs. Bahar, Plaintiff's wife, will testify regarding the damages and impact of the national origin harassment suffered by Plaintiff. |

# APPENDIX B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## AMENDED DEFENDANT'S WITNESS LIST

ALI BAHAR v. CITY OF CINCINNATI                    Case No. C-1-01-798

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS ATTORNEYS |
|---|---|---|
| M. Watson | KELLY MULLOY MYERS<br>RANDOLPH FREKING | AUGUSTINE GIGLIO<br>TERRENCE NESTOR |

TRIAL DATE(S)    1/19/05

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Robert Campbell, Deputy Director, MSD | Mr. Campbell has information regarding matters at issue in this litigation. Mr. Campbell's testimony will include, but is not limited to the claims of discrimination made by the Plaintiff, his job classifications, performance, MSD procedures and Plaintiff's actions resulting in a written reprimand. Mr. Campbell will also testify as to matters testified in his deposition. |
| | Patrick Karney, Director, MSD | Mr. Karney has information regarding matters at issue in this litigation. Mr. Karney's testimony will include, but not limited to the claims of discrimination made by the Plaintiff, his job classifications, performance, MSD procedures and Plaintiff's actions resulting in a written reprimand. Mr. Karney will also testify as to matters testified in his deposition. |
| | Julia Johnson, MSD, HR | Ms. Johnson will address Plaintiff's classification requirements, pay and other benefits received by Plaintiff and Disciplinary and Human Resources procedures within MSD. Ms. Johnson will also testify as to matters testified in his deposition. |
| | Steve Minges, Supervisor, MSD, Wastewater Collections | Mr. Minges will address the allegations of Plaintiff regarding his assignment to and the nature of operations in Waste Water Collections. Mr. Minges will also testify as to matters testified in his deposition. |
| | Tom Quinn, Former Director, MSD | Mr. Quinn will address procedures for obtaining additional funds for Projects during his term as Director and obtainment procedures for additional funds on contracts. Mr.Quinn will also testify as to matters testified in his deposition. |

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Kevin Shepard, Former Director, Facility Management | Mr. Shepard will testify as to his decision in selecting to fill the vacant position of Facility's Manager in 2001. Mr. Shepard will also testify as to matters testified in his deposition. |
| | Jerry Wiemer, Supervisor, Wastewater Collections | As Plaintiff's supervisor, Mr. Wiemer will testify regarding Plaintiff's duties and work as CET-4 at Wastewater Collections. Mr. Wiemer will also testify as to matters testified in his deposition. |

| | WITNESS NAME | DESCRIPTION OF EXPECTED TESTIMONY |
|---|---|---|
| | Ralph Johnstone, Supervisor, Wastewater Collections | As Plaintiff's supervisor, Mr. Johnstone will testify regarding Plaintiff's duties and work as CET-4 at Wastewater Collections. Mr. Johnstone will also testify as to matters testified in his deposition. |
| | Peter Schneider, Former Supervisor, MSD | Mr. Schneider will testify as to Plaintiff's claims and Defendant's defenses as well as procedures and Plaintiff's activities seeking to establish the Deputy Director as violating such standards. Mr. Schneider will also testify as to matters testified in his deposition. |

Defendant reserves the right to call any witnesses listed by Plaintiff.

# APPENDIX C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**PLAINTIFF'S EXHIBIT LIST**

ALI BAHAR v. CITY OF CINCINNATI                                Case No. C-1-01-798

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| MICHAEL WATSON | KELLY MULLOY MYERS<br>RANDOLPH FREKING | AUGUSTINE GIGLIO<br>TERRY NESTOR |

TRIAL DATE(S)
JANUARY 19, 2005

| Plaintiff No. | Date Offered | Admitted | Exhibit Description |
|---|---|---|---|
| 1000 | | | Excerpts from Ali Bahar's Personnel File |
| 1001 | | | Performance Reviews 1989-1999 |
| 1002 | | | Honors and Awards 1994-1999 |
| 1003 | | | Notice of Official Reprimand - July 10, 2000 |
| 1004 | | | Complaint of Discrimination - August 16, 2000 |
| 1005 | | | Reassignment Memo - August 18, 2000 |
| 1006 | | | Evaluation of Ali Bahar - August 23, 2000 |
| 1007 | | | Complaint to John Shirey - August 24, 2000 |
| 1008 | | | EEOC Charges |
| 1009 | | | Engineering Technical Supervisor (Manhole Rehabilitation Program) Job Posting |
| 1010 | | | February 9, 2001 Memo regarding Interviews for Manhole Rehabilitation Position |
| 1011 | | | Facility Manager Job Posting |
| 1012 | | | Job Description for Facility Manager Position |
| 1013 | | | Plaintiff's Application for Facility Manager Position |

| Plaintiff No. | Date Offered | Admitted | Exhibit Description |
|---|---|---|---|
| 1015 | | | May 24, 2001 Memo regarding the Exceptional Appointment of C. Rick Schmidt as Facility Manager |
| 1016 | | | Evaluation of Ali Bahar - June 6, 2001 |
| 1017 | | | Professional Reference for Ali Bahar |
| 1018 | | | October 3, 2000 e-mail regarding Ali Bahar's Civil Service Commission Appeal |
| 1019 | | | February 7, 2002 e-mail from Julia Johnson regarding Promotion to Senior Engineer |
| 1020 | | | February 7, 2002 e-mail from Pat Karney regarding Ali Bahar passing PE Exam |
| 1021 | | | Evaluation of Ali Bahar - January 22, 2003 |
| 1022 | | | Evaluation of Ali Bahar - August 16, 2002 |
| 1023 | | | January 4, 1993 memo from A. Samuel George regarding Service of Ali Bahar |
| 1024 | | | Supervising Engineer (Engineering Office) Job Posting |
| 1025 | | | January 24, 2004 letter from John Plahovinsak regarding Supervising Engineer list |
| 1026 | | | June 20, 1994 Supervising Engineer Job Posting |
| 1027 | | | Documents regarding Ali Bahar's Complaint of Discrimination with the City of Cincinnati's EEO |
| 1028 | | | Salary Grades |
| 1029 | | | Organizational Chart |
| 1030 | | | Excerpts of June 24, 2003 Optimization Plan - Draft One |
| 1031 | | | Civil Service Rules |
| 1032 | | | Excerpts of July 31, 2003 Optimization Plan - Draft Two |
| 1033 | | | Excerpts of Cindy Kron's Personnel File |
| 1034 | | | Excerpts of Rick Schmidt's Personnel File |

# APPENDIX D

# EXHIBITS OF DEFENDANT

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2000 | EIT Job Analysis Questionnaire | |
| DX2001 | Salary Grade/Step Schedule (EIT) | |
| DX2002 | 8/18/00 Memo to CSC from Julia Johnson | |
| DX2003 | EIT Classification Specifications | |
| DX2004 | CSC Minutes re: Change of EITs | |
| DX2005 | CSC Minutes re: Bahar Appeal | |
| DX2006 | MSD Form 9 re: Personnel Action | |
| DX2007 | CHRIS Job Summary | |
| DX2008 | CSC Rules (R.10, 11, 47, 49, 51, 52) | |
| DX2009 | 7/19/88 New Employee Checklist | |
| DX2010 | 6/17/88 Memo to J. Johnson | |
| DX2011 | 5/18/88 Interview Notes | |
| DX2012 | 7/10/00 Notice of Official Reprimand | |
| DX2013 | 7/24/00 Bahar Memo | |
| DX2014 | 7/25/00 Bahar Memo | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2015 | 8/22/00 Chapman Memo | |
| DX2016 | 8/16/00 Bahar Letter to Reece | |
| DX2017 | 8/18/00 Bahar E-mails | |
| DX2018 | 8/24/00 Bahar E-mail | |
| DX2019 | Public Records Request (0020-0037) | |
| DX2020 | 8/13/99 Karney E-mail | |
| DX2021 | 12/12/01 Danepudi E-mail | |
| DX2022 | 6/5/00 Memo re: Employees Working Out of Classification | |
| DX2023 | 11/2/99 Memo re: MSD Policy | |
| DX2024 | 8/01/00 Danepudi E-mail | |
| DX2025 | 5/03/01 Bahar E-mail | |
| DX2026 | 4/23/01 Bahar E-mail | |
| DX2027 | Updated Letter from Bahar to Shirey | |
| DX2028 | 4-5-99 Slavin Letter to Bahar | |
| DX2029 | 6-16-00 Karney E-mail | |
| DX2030 | 1-16-2002 Bahar Letter 0071-0072 | |
| DX2031 | 8-28-00 Bahar Letter to CSC | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2032 | 8-24-00 Bahar E-mail | |
| DX2033 | 9-7-99 Bahar Memo to Huang | |
| DX2034 | 3-25-99 J. Johnson Memo | |
| DX2035 | 2-22-93 Nuxoll Memo re: Project Managers(Withdrawn by Def.) | |
| DX2036 | 3-23-00 Shirey Memo & Ordinance | |
| DX2037 | 4-3-00 Krings Letter to Bahar | |
| DX2038 | 1-19-87 Perkins Letter to Bahar | |
| DX2039 | 7-15-99 Karney Letter to Roberson | |
| DX2040 | 4-27-00 Karney Memo to Shirey | |
| DX2041 | 6/97 Non Discrimination Handbook | |
| DX2042 | MSD Career Path FlowSheet | |
| DX2043 | 5-24-01 CSC Minutes | |
| DX2044 | 3-15-01 CSC Minutes | |
| DX2045 | 5-1-01 Bahar Facility Manager Application | |
| DX2046 | 5-18-01 Shepard Letter to Bahar | |
| DX2047 | 5-24-01 Callahan Memo re: Schmidt | |
| DX2048 | 1-26-01 Public Record Request | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2049 | 2-9-01 Minges Memo to Bahar, Kim, St. John | |
| DX2050 | 3-29-00 Bahar Letter to Krings | |
| DX2051 | 00871-884 Bahar EEOC Complaint | |
| DX2052 | 00924 Bahar EEOC Complaint | |
| DX2053 | Bahar EEOC Affidavit | |
| DX2054 | Bahar EEOC Affidavit re: Retaliation | |
| DX2055 | 2-22-01 Bahar E-mail | |
| DX2056 | 2-15-01 Karney Letter re: M. Umberg | |
| DX2057 | 2-14-01 Karney Letter re: S. Moisio | |
| DX2058 | 2-14-01 Karney Letter re: B. George | |
| DX2059 | 9-7-00 Bahar E-mail re: Leadership #3 | |
| DX2060 | 9-06-00 Bahar E-mail to D. Chapman | |
| DX2061 | 8-10-99 MSD Reorganization Memo | |
| DX2062 | 4-10-00 Campbell E-mail to Niemeyer | |
| DX2063 | 8-28-00 Chapman E-mail to Bahar | |
| DX2064 | 7-14-00 Bahar Memo to Campbell | |
| DX2065 | 7-13-00 Campbell Memo to Bahar | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2066 | 11-16-99 Bahar Memo to Rahtz | |
| DX2067 | 8-14-00 Bahar E-mail to Kesterman | |
| DX2068 | 4-17-00 Campbell E-mail to T. Huang | |
| DX2069 | 3-24-00 Bahar E-mail to T. Huang 1258-1259 | |
| DX2070 | 3-15-00 Bahar E-mail to T. Huang 1260-1261 | |
| DX2071 | 3-15-00 Flanders E-mail to Bahar | |
| DX2072 | 3-14-00 Huang E-Mail to Bahar | |
| DX2073 | 3-13-00 Huang E-mail to B. Campbell | |
| DX2074 | 4-10-00 Corr. R. Cambell to P. Karney | |
| DX2075 | 3-20-00 Memo to B. Campbell from WWE | |
| DX2076 | 2-7-00 Karney Memo to Bahar | |
| DX2077 | 4-20-98 Bahar Corr & Argument to B&V | |
| DX2078 | 2-7-02 Bahar Diary ("BD") | |
| DX2078 | 3-14-02 Bahar Diary | |
| DX2079 | 3-22-02 Bahar Diary | |
| DX2078 | 2-27-01 BD | |
| DX2079 | 2-28-01 BD | |

| Designation | Description | Identified/Admitted |
|---|---|---|
| DX2080 | 11-12-99 BD | |
| | | |
| DX2081 | 12-6-99 BD | |
| DX2082 | 12-8-97 BD | |
| DX2083 | 4-19-96 BD | |
| DX2084 | 7-6-00 Campbell E-mail to T. Huang | |
| DX2085 | Project Manager Positing | |
| DX2086 | 7-6-00 Campbell E-mail from T. Huang – pg. 1 & 2 | |
| DX2087 | 3-1-00 Karney E-mail from J. Shirey – pg. 1 & 2 | |
| DX2088 | 8-9-02 Huang E-mail to P. Karney – pg. 1 & 2 | |
| DX2089 | Staff Allocation for USEPA Response – pg. 1 & 2 | |

```
MIME-Version:1.0
From:cmecfhelpdesk@ohsd.uscourts.gov
To:ecf.notification@ohsd.uscourts.gov
Bcc:acarpenter@frekingandbetz.com,dorothy_gass@ohsd.uscourts.gov,karen_waldrop@ohsd.usc
Message-Id:<495406@ohsd.uscourts.gov>
Subject:Activity in Case 1:01-cv-00798-MHW Bahar v. Cincinnati City of "Proposed Pretri
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from Myers, Kelly entered on 1/12/2005 at 5:39 PM EST and filed on 1/12/2005

**Case Name:**          Bahar v. Cincinnati City of
**Case Number:**        1:01-cv-798
**Filer:**              Ali Bahar
**Document Number:** 55

**Docket Text:**
Proposed Pretrial Order *Joint* by Plaintiff Ali Bahar. (Attachments: # (1) Appendix A - Plaintiff's Witness List# (2) Appendix B - Defendant's Witness List# (3) Appendix C - Plaintiff's Exhibit List# (4) Appendix D - Defendant's Exhibit List)(Myers, Kelly)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/12/2005] [FileNumber=495404-0]
[540c714bed238454a970f28019a9a7a4c21d74b8ab82e46d2bbeb6841722d9a9807c
7ebf1e6b6ba8a6c31d67e2cc2810474e284e0962fae053f8fcc23cebf811]]
**Document description:**Appendix A - Plaintiff's Witness List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/12/2005] [FileNumber=495404-1]
[5e38a7ef204baf32f1ae6b9d675415ef47eb17ea6184cd3cf359146a3806663ecf26
93a6a0715451d5e77e8c9e2e2bba034caf78c63ad1ce58c64531df25ab2f]]
**Document description:**Appendix B - Defendant's Witness List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/12/2005] [FileNumber=495404-2]
[2f547d277c33382e6fb1c4f1971278200ca22892facf63a1fefd327d824bab8d2eb7
b52cdd590d73482052546a444d98d2ad5d66220cb77b5cdc9aa3bf5c7c20]]
**Document description:**Appendix C - Plaintiff's Exhibit List

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/12/2005] [FileNumber=495404-3]
[04161617eb41c99f4eb3aea8e9fbed8e3bac9f49f9e4cdce99c5bb315d4adec2f690
4b4f8cf04dfad87d4ed6ca42ea88ff9232e343eef333242eddfb49a5a232]]
**Document description:** Appendix D - Defendant's Exhibit List
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/12/2005] [FileNumber=495404-4]
[2170573cd81809791b5d967e6b563ea58072acf85f4d627f9c42c8aa0a8d5076b7d2
35a02e1f1fb28fc25dc26e55708d37af4249e688c14d8f63b3c23ed2eca3]]

**1:01-cv-798 Notice will be electronically mailed to:**

Randolph Harry Freking    randy@frekingandbetz.com, acarpenter@frekingandbetz.com

Augustine Giglio    gus.giglio@cincinnati-oh.gov,

Kelly Mulloy Myers    kmyers@frekingandbetz.com, khuber@frekingandbetz.com

Terrance A Nestor    terry.nestor@cincinnati-oh.gov,

**1:01-cv-798 Notice will be delivered by other means to:**