## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR, | : | Case No. C-1-01-798 |
| | : | J. Watson |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI, | : | **PLAINTIFF'S DESIGNATION OF** |
| | : | **DEPOSITION TESTIMONY** |
| Defendant. | : | |

Plaintiff to call A. Samuel George as a witness, by way of his deposition. Plaintiff intends to read the following portions of Mr. George's transcript:

| **Page** | **Line(s)** |
|---|---|
| 6 | 8-11, 17-18 |
| 7 | 7-24 |
| 8 | 1-2, 4-9 |
| 12 | 7-8, 10-18, 20-24 |
| 13 | 1-2 |
| 15 | 15-24 |
| 16 | 1 |
| 17 | 1-24 |
| 18 | 1-2 |
| 19 | 23-24 |
| 20 | 1-24 |
| 21 | 1, 9-17, 23-24 |
| 22 | 2-14 |
| 38 | 13-24 |
| 39 | 1-19 |
| 40 | 7-9 |
| 44 | 20-24 |
| 45 | 1-24 |
| 46 | 1-16, 23-24 |
| 47 | 1-24 |
| 48 | 1-5 |
| 50 | 6-14 |