# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Ali Bahar,
    Plaintiff,

v.                            Case No.  1:01cv798
                                   (Waston, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 2)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 20, 2005           **TIME:** 9am – 4:45pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kelly Myers | Gus Giglio |
| Randy Freking | Terry Nestor |

### WITNESSES

Julia Johnson
Laura Bahar
Joe Niehaus
Tony Huang (Anthony T.)
Thomas Quinn
Rao Donepudi
Ali Bahar

### PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses or **(continues)** |
| ✓ Plaintiff admits exhibits | ___ Plaintiff rests |
| ___ Defendant moves for Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ___ Defendant calls witnesses or continues | ___ Defendant admits exhibits |
| ___ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ___ Jury charged | ___ Closing Arguments |
| ___ Jury deliberates and returns a verdict. | |

Court adjourned or **(in recess)** until 1/21/04 @ 9am.

Remarks: Exhs. PX7 / Dx 2033/2022/2098/2073/2073/2089 ⎫ Offered & admitted
PX14/PX5/PX4 (Δ obj.)/PX6         ⎭ except PX4.

\* Δ obj to testimony of Tony Huang; arguments heard; testimony to be permitted.