UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,
    Plaintiff,

v.

Case No. 1:01cv798
(Waston, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 3)
before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 24, 2005      **TIME:** 9am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kelly Myers | Gus Giglio |
| Randy Freking | Terry Nestor |

### WITNESSES

Ali Bahar
Robert J. Campbell

### PROCEDURES

- ✓ Counsel present
- ✓ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ___ Defendant calls witnesses or continues
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ___ Jury charged
- ___ Jury deliberates and returns a verdict.

- ✓ Plaintiff calls witnesses or **continues** (circled)
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ✓ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments

Court adjourned or in recess until 1/24/05 @ 9am.

Remarks: Exhs. Px 11-1&2 / Px 10

Exhibits offered & admitted.
Dx 2036 / Dx 2018 / Dx 2005 / Dx 2016 / Dx 2017 / Dx 2092 / Dx 2051 / Dx 2053 / Dx 2097 /
Dx 2054 / Dx 2059 / Dx 2055 / Dx 2015 / Px 2065 / Dx 2027 / Dx 2049 / Dx 2076 / Dx 2014 /

64