UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,
    Plaintiff,

v.                            Case No.  1:01cv798
                                      (Waston, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 4)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 24, 2005        **TIME:** 9:08 am

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kelly Myers | Gus Giglio |
| Randy Freking | Terry Nestor |

### WITNESSES

| | |
|---|---|
| Robert J. Campbell | Ralph Johnstone |
| A. Samuel George | Jerome Wiemer |
| | Steven Minges |
| | Peter Schneider |
| | Patrick Kaney |

### PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses or (continues) |
| ___ Plaintiff admits exhibits | ✓ Plaintiff rests |
| ✓ Defendant moves for Rule 50 Motion | ✓ Judge Grants/(Denies) Rule 50 Motion |
| ✓ Defendant calls witnesses or continues | ✓ Defendant admits exhibits |
| ___ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ___ Jury charged | ___ Closing Arguments |
| ___ Jury deliberates and returns a verdict. | |

Court adjourned or (in recess) until 1/25/04 @ 9am.

Remarks: Exhs. DX 2063/ DX 2090 / DX 2087

65