UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,
    Plaintiff,

v.                          Case No. 1:01cv798
                              (Waston, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 5)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 25, 2005      **TIME:** 9:15am - 3:17pm

**Attorney for Plaintiff(s):**
Kelly Myers
Randy Freking

**Attorney for Defendant(s):**
Gus Giglio
Terry Nestor

### WITNESSES
Patrick Karney
Robert Campbell

### PROCEDURES

✓ Counsel present
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
✓ Defendant calls witnesses or continues
✓ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
✓ No rebuttal
___ Jury charged
___ Jury deliberates and returns a verdict.

___ Plaintiff calls witnesses or continues
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
✓ Defendant admits exhibits
✓ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
✓ Jury Charge conference held
✓ Closing Arguments

Court adjourned or in recess until 1/26/05 @ 9am.

Remarks: Exhs. DX 2095 / DX 2096 / DX 2042 ) offered; no objection; admitted. Π make a cross motion for Judgment. Arguments heard. Motions under advisement. PX 4 not admitted.

67