# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Ali Bahar,
    Plaintiff,

v.                         Case No. 1:01cv798
                               (Waston, J.)

City of Cincinnati,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 6)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:** Julie Wolfer, Official Court Reporter
**DATE:** January 26, 2005      **TIME:** 8:45am - 2:05pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Kelly Myers | Gus Giglio |
| Randy Freking | Terry Nestor |

## WITNESSES

## PROCEDURES

- [✓] Counsel present
- [ ] Plaintiff admits exhibits
- [ ] Defendant moves for Rule 50 Motion
- [ ] Defendant calls witnesses or continues
- [ ] Defendant rests
- [ ] Judge Grants/Denies Rule 50 Motion
- [ ] No rebuttal
- [✓] Jury charged
- [✓] Jury deliberates and returns a verdict.

- [ ] Plaintiff calls witnesses or continues
- [ ] Plaintiff rests
- [✓] Judge Grants/Denies Rule 50 Motion
- [ ] Defendant admits exhibits
- [ ] Defendant renews Rule 50 Motion
- [ ] Plaintiff's rebuttal
- [ ] Jury Charge conference held
- [ ] Closing Arguments

Court (adjourned) or in recess until _____.

Remarks: *Court's ruling on oral cross motions for judgment is that there is a genuine issue of fact to be decided by the jury; cross motions are overruled.

Verdict returned in favor of Plaintiff.

Parties to file a motion for injunctive relief.