# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**WITNESS/EXHIBIT LIST**
Jury Trial
before Judge Michael H. Watson
beginning
**January 19, 2005** and ending  _January 26, 2005_

Ali Bahar,
    Plaintiff,

    v.                                    Case No.  1:01cv798
                                          (Watson, J.)

City of Cincinnati,
    Defendant.

| Caption | | | | | Docket Number | |
|---|---|---|---|---|---|---|
| Ali Bahar v. City of Cincinnati | | | | | 1:01cv798 | |
| Plaintiff's Attorney: Kelly Myers, Randy Freking | | | Defendaynt's Attorney: Gus Giglio, Terry Nestor | | | Trial Dayte(s): 1/19-20-21-24-25 |
| Presiding Judge: Michael H. Watson | | | Courtroom Deputy: Barbara Crum | | Court Reporter Name & Date(s): Julie Wolfer, (Official) | |
| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
| PX1 | | 1/19/05 | | | Johnson/Freking | Application for Employment/Promotion |
| PX2-1 | | 1/19/05 | X | X | Johnson/Freking | City of Cincinnati Performance Report (2-1) |
| PX2-2 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-2) |
| PX2-3 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-3) |
| PX2-4 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-4) |
| PX2-5 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-5) |
| PX2-6 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-6) |
| PX2-7 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-7) |
| PX2-8 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-8) |
| PX2-9 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " (2-9) |
| PX2-10 | | 1/19/05 | X | X | Johnson/Freking | "      "      "      " 1998 |
| | | 1/19/05 | X | X | Johnson/Freking | 1999 |
| PX3 | | 1/19/05 | | | Johnson/Freking | Commendation Letters |
| PX6 | | 1/19/05 | | | Johnson/Freking | email response from Chapman to Bahar |
| PX7 | | 1/20/05 | X | X | Johnson/Freking | memo from Johnson to Sr. Engineering Technician |
| | DX 2023 | 1/20/05 | X | X | Johnson/Freking/Nestor | 11/2/99 Memo re: MSD Policy |
| | DX 2002 | 1/20/05 | | | Johnson/Nestor | 8/18/00 Memo to CSC from J. Johnson |
| | DX 2022 | 1/20/05 | X | X | Johnson/Nestor | 6/5/00 Memo Re: Employees Working out of Classification |
| | DX 2098 | 1/20/05 | X | X | Johnson/Nestor | 2/7/02 Email from Johnson to Bahar + Campbell |
| | DX 2093 | 1/20/05 | X | X | Johnson/Nestor | Promotion List 1/1/00 to 7/1/02 (a,b) |
| PX14 | | 1/20/05 | X | X | Johnson/Nestor | Job Summary |
| | DX 2003 | 1/20/05 | X | X | Johnson/Freking | EIT Classification Specifications |
| | | 1/20/05 | | | Niehaus/Freking | Niehaus Depo (Pg 49, Ln 4)/(Pg 53, Ln 16) |
| PX5 | | 1/20/05 | X | X | Huang/Myers | City of Cincinnati Notice of Official Reprimand |
| | DX 2022 | 1/20/05 | X | X | Huang/Giglio | 6/5/00 Memo re: Employees Working out of Classification |
| | DX 2023 | 1/20/05 | X | X | Huang/Giglio | 11/2/99 Memo re: MSD Policy |
| | DX 2012 | 1/20/05 | | | Huang/Giglio | Reprimand of Bahar, 7/10/00 |

Case 1:01-cv-00798-MHW   Document 69   Filed 01/26/2005   Page 3 of 5

| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | DX 2013 | 1/20/05 | X | X | Huang/Giglio | 3/13/00 Huang Email to Campbell |
| | DX 2089 | 1/20/05 | X | X | Huang/Giglio | Staff Allocation for USEPA Response |
| PX 2 | | 1/20/05 | | | Bahar/Myers | City of Cincinnati Performance Reports |
| PX 4 | | 1/20/05 | X | | Bahar/Myers | Handwritten calendar notes from 8/13/99 |
| PX 5 | | 1/20/05 | | | Bahar/Myers | City of Cincinnati Notice of Official Reprimand |
| PX 6 | | 1/20/05 | X | X | Bahar/Myers | 7/25/00 Email response from Chapman to Bahar |
| PX 11-2 | | 1/21/05 | X | X | Bahar/Myers | 1/31/02 Letter from Bahar to Minges |
| PX 11-1 | | 1/21/05 | X | X | Bahar/Myers | 1/31/02 Letter from Bahar to Minges |
| | DX 2026 | 1/21/05 | X | X | Bahar/Giglio | 4/23/01 Bahar Email |
| | DX 2018 | 1/21/05 | X | X | Bahar/Giglio | 8/24/00 Bahar Email |
| | PX 2005 | 1/21/05 | X | X | Bahar/Giglio | CSC Minutes re: Bahar Appeal |
| | DX 2016 | 1/21/05 | X | X | Bahar/Giglio | 8/16/00 Bahar Letter to Reece |
| | DX 2017 | 1/21/05 | X | X | Bahar/Giglio | 8/18/00 Bahar Emails |
| | DX 2092 | 1/21/05 | X | X | Bahar/Giglio | EEO Processing Form |
| PX 10 | | 1/21/05 | X | X | Bahar/Giglio | Bahar 2/9/01 EEOC Charge (Pg 1) |
| | DX 2051 | 1/21/05 | X | X | Bahar/Giglio | Bahar EEOC Complaint |
| | DX 2053 | 1/21/05 | X | X | Bahar/Giglio | Bahar EEOC Affidavit |
| | DX 2097 | 1/21/05 | X | X | Bahar/Giglio | Charge of Discrimination |
| | DX 2054 | 1/21/05 | X | X | Bahar/Giglio | Bahar EEOC Affidavit re: Retaliation |
| | DX 2059 | 1/21/05 | X | X | Bahar/Giglio | 9/7/00 Bahar E-Mail re: Leadership #3 |
| | DX 2055 | 1/21/05 | X | X | Bahar/Giglio | 3/22/01 Bahar Email |
| | DX 2063 | 1/21/05 | X | X | Bahar/Giglio | 8/28/00 Chapman Email to Bahar |
| | DX 2015 | 1/21/05 | X | X | Bahar/Giglio | 8/22/00 Chapman Memo |
| | DX 2027 | 1/21/05 | X | X | Bahar/Giglio | Updated Letter from Bahar to Shirey |
| | DX 2049 | 1/21/05 | X | X | Bahar/Giglio | 3/9/01 Minges Memo to Bahar, Kim, St. John |
| | DX 2076 | 1/21/05 | X | X | Bahar/Giglio | 2/7/00 Karney Memo to Bahar |
| | DX 2074 | 1/21/05 | X | X | Campbell/Freking | 4/10/00 Corr. R. Campbell to P. Karney |
| | | 1/21/05 | | | Campbell/Freking | Campbell Depo (Pg 70, Ln 9) |
| | DX 2013 | 1/21/05 | X | X | Campbell/Freking | 3/13/00 Huang Email to Campbell |
| | DX 2022 | 1/21/05 | | | Campbell/Freking | 8/18/00 Memo to CSC from Johnson |
| | | 1/21/05 | | | Campbell/Freking | Campbell Depo (Pg 47, Ln 3) |
| | | 1/21/05 | | | Campbell/Freking | Campbell Depo (Pg 52, Ln 16) |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Ali Bahar v. City of Cincinnati | | | | | | 1:01cv798 |

| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
|  | DX 2063 | 1/21/05 | X | X | Campbell/Freking | 8/28/00 Chapman Email to Bahar |
| PX7 |  | 1/24/05 | X | X | Johnstone/Myers | 8/18/00 Memo to CSC |
|  |  | 1/24/05 |  |  | Minges/Myers/Giglio | Depo of Steven Minges (Pg 11, Ln 20) |
| PX7 |  | 1/24/05 | X | X | Minges/Myers | 8/18/00 Memo to CSC |
|  |  | 1/24/05 |  |  | Schneider/Freking | Depo of Peter Schneider (Pg 60, Ln 17) |
|  | DX 2022 | 1/24/05 | X | X | Karney/Giglio | 6/5/00 Memo re: Employees Working Out of Classification |
|  | DX 2023 | 1/24/05 | X | X | Karney/Giglio | 11/3/99 Memo re: MSD Policy |
|  | DX 2016 | 1/24/05 | X | X | Karney/Giglio | 2/7/00 Karney Memo to Bahar |
|  | DX 2074 | 1/24/05 | X | X | Karney/Giglio/Freking | 4/10/00 Corr. R. Campbell to P. Karney |
|  | DX 2015 | 1/24/05 | X | X | Karney/Giglio | 8/22/00 Chapman Memo |
|  | DX 2063 | 1/24/05 | X | X | Karney/Giglio | 8/28/00 Chapman Email to Bahar |
|  | DX 2090 | 1/24/05 | X | X | Karney/Giglio | 8/6/01 Memo from J. Shirey to Patrick Karney |
|  | DX 2089 | 1/24/05 | X | X | Karney/Giglio | 3/1/00 Karney Email to J. Shirey |
|  | DX 2015 | 1/24/05 | X | X | Karney/Freking | 8/22/00 Chapman Memo |
|  | DX 2090 | 1/25/05 | X | X | Karney/Freking | 8/6/01 Memo from J. Shirey to Patrick Karney |
|  | DX 2095 | 1/25/05 | X | X | Karney/Giglio | CIP No. Assessments (1-13) 6/27/00 |
|  | DX 2096 | 1/25/05 | X | X | Karney/Giglio | CIP No. Assessments (1-32) 12/12/00 |
|  | DX 2042 | 1/25/05 | X | X | Karney/Giglio | MSD Career Path Flow Sheet |
|  |  |  |  |  |  |  |
|  |  |  |  |  | 1/19/05 | PX 2 (Pgs 1-24) exhibit offered; no objection; exhibit admitted. |
|  |  |  |  |  | 1/20/05 | PX 7/DX 2023/DX 2022/DX 2098/DX 2093/ DX 2073/DX 2089/PX 14/PX 5/PX 4/PX 6/ DX 2063 these exhibits offered; no objections except PX 4, Δ obj.; all exhibits offered admitted except PX 4 no ruling. |
|  |  |  |  |  | 1/21/05 | PX 11/DD 10/DX 2026/DX 2018/DX 2005/ DX 2016/DX 2017/DX 2022/DX 2051/DX 2053/ DX 2097/DX 2054/DX 2059/DX 2055/DX 2015/ DX 2063/DX 2027/DX 2049/DX 2076/ DX 2074 these exhibits offered; no objections; all exhibits offered are admitted. |

| Caption | | | | | | Docket Number |
|---|---|---|---|---|---|---|
| Ali Bahar v. City of Cincinnati | | | | | | 1:01cv798 |

| Plf. # | Def. # | Date Shown | Offered | Admitted | Witness/Attorney | Description of Exhibits or Witnesses |
|---|---|---|---|---|---|---|
| | | | | | 1/24/05 | DX 2063 / DX 2090 / DX 2087 |
| | | | | | | these exhibits offered; no objections, |
| | | | | | | all exhibits offered are admitted. |
| | | | | | 1/25/05 | DX 2095 / DX 2096 / DX 2042 |
| | | | | | | these exhibits offered; no objections; all |
| | | | | | | offered exhibits admitted. |
| | | | | | | PX 4 not admitted. |