UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALI BAHAR                         :   Case No. 1:01cv798
                                  :
        Plaintiff,                 :   Judge Michael H. Watson
                                  :
vs.                               :
                                  :
CITY OF CINCINNATI                :
                                  :
        Defendant.                 :

## SPECIAL INTERROGATORIES

We the Jury unanimously find:

1. Plaintiff Ali Bahar proved by a preponderance of the evidence national origin discrimination.

    _____ YES      __X__ NO

2. Plaintiff Ali Bahar proved by a preponderance of the evidence that the Defendant City of Cincinnati retaliated against him because he complained of discrimination.

    __X__ YES      _____ NO

3. Plaintiff Ali Bahar is entitled to an award of compensatory damages, as defined in the jury instructions.

__X__ YES  _____ NO

If your answer is "yes", in what amount?

$ _200,000.00_

Signed this _26th_ day of January, 2005.

_[signature: Darlene D. Carson]_   _[signature: Nicholas E. Buschle]_

_[signature]_   _[signature: Terry L. Maines]_

_[signature: Charles H. Shaw]_   _[signature: Barbara Messenger]_

_[signature: Karen Rumford]_   _[signature: Barbara S. Begg]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALI BAHAR,              :    Case No. 1:01cv798
                       :
    Plaintiff,         :    Judge Michael H. Watson
                       :
    v.                 :
                       :
CITY OF CINCINNATI,    :
                       :
    Defendant.         :

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Plaintiff Ali Bahar and against Defendant City of Cincinnati.

Signed this 26th day of January, 2005.

_[signatures]_