UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALI BAHAR : Case No. 1:01cv798
:
    Plaintiff, : Judge Michael H. Watson
:
v. :
:
CITY OF CINCINNATI :
:
    Defendant. :

### ORDER

On January 26, 2005, the jury in this matter returned a verdict for Plaintiff Ali Bahar (hereinafter "Plaintiff") on his claim for retaliation. At that time, Plaintiff orally moved the Court for injunctive relief. Specifically, Plaintiff requested the Court order Defendant City of Cincinnati (hereinafter "Defendant") to transfer him to Wastewater Engineering as a senior engineer.

The Court indicated to the parties they should brief this issue for the Court. Accordingly, if Plaintiff intends to pursue this relief, he shall file his Motion and Memorandum in Support on or before **February 7, 2005** and Defendant shall file its Memorandum Contra on or before **February 14, 2005**. There shall be no Reply Memorandum.

    **IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**