Summary of Billable Hours and Costs

Ali Bahar v. City of Cincinnati
Case No.: C-1-01-798

| Freking & Betz Attorneys/Paralegals | Total No. of Hours | Hourly Rate | Lodestar Total |
|---|---|---|---|
| Randolph H. Freking | 91.4 | 385 | $35,189.00 |
| Sheila M. Smith | 0.3 | 275 | $82.50 |
| Carol S. Wood | 51.5 | 250 | $12,875.00 |
| Kelly Mulloy Myers | 304.8 | 250 | $76,200.00 |
| Anne Wittenauer | 35.1 | 135 | $4,738.50 |
| Kathi J. Huber | 40.5 | 95 | $3,847.50 |
| Clinton R. Collins | 38.4 | 95 | $3,648.00 |
| Nicole Seeling | 2.6 | 85 | $221.00 |
| Cindy Piecoro | 15.2 | 85 | $1,292.00 |
| Alicia Cole Harmon | 100.4 | 65 | $6,526.00 |
| Angel Carpenter | 2.3 | 65 | $149.50 |
| Jennifer Trakas | 16.6 | 65 | $1,079.00 |
| Law Clerks (various) | 8.1 | 60 | $486.00 |
| Legal Assistant | 16.9 | 25 | $422.50 |
| Total Fees | 724.1 | | $146,756.50 |
| Total Costs | | | $6,161.70 |
| Total Fees and Costs | | | $152,918.20 |


PLAINTIFF'S EXHIBIT A