```
Date: 02/03/05                        Detail Cost Transaction File List                              Page: 1
                                               Freking & Betz
                          H T B R                  C
Client   Date    Tmkr E/A Src P X C C Tcd          T      Amount                                            Ref #
 1404 12/10/01   1   E    A     7   9              0        0.12 Long Distance charges                      ARCH
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 9              Billable         0.12 Long Distance charges
                                            Total          0.12

 1404 11/20/01   1   E    A A      30              0      150.00 Filing fee U.S. DISTRICT COURT             ARCH
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 09/27/02   1   E      A      30              0      150.00 Filing fee - UNITED STATES DISTRICT COURT  ARCH
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 30             Billable       300.00 Filing fee
                                            Total        300.00

 1404 09/05/03   1   E      A      31              0       90.00 Court Reporter  - Litigation Support Services - ARCH
                                                                 Subpoena service: Tom Quinn
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 09/10/03   1   E      A      31              0      695.60 Court Reporter - Merit Litigation Support  ARCH
                                                                 Services for copies of Bahar transcript
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      244.00 Court Reporter - Annette Schoch - Donepudi ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      340.00 Court Reporter - Annette Schoch - Huang    ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      320.00 Court Reporter - Annette Schoch - Sam George - ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      548.00 Court Reporter - Annette Schoch - P. Karney - ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      408.00 Court Reporter - Annette Schoch  R. Campbell ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      534.00 Court Reporter - Annette Schoch - Quinn, Johnson ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 01/31/04   1   E      A      31              0      318.00 Court Reporter - Annette Schoch - J. Niehaus ARCH
                                                                 (attendance and original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 03/08/04   1   E      A      31              0      148.50 Court Reporter fees to Annette Schoch -    ARCH
                                                                 deposition of Laura Bahar - copy of transcript.
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 03/08/04   1   E      A      31              0      458.00 Court Reporter fees to Annette Schoch -    ARCH
                                                                 deposition of Peter Schneider - (attendance and
                                                                 original transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 03/08/04   1   E      A      31              0      595.00 Court Reporter fees to Annette Schoch -    ARCH
                                                                 deposition of Jerome Weimer, G. Stephen Minges
                                                                 and R. Johnstone - (attendance and original
                                                                 transcript)
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 03/08/04   1   E      A      31              0      241.00 Court Reporter fees to Annette Schoch -    ARCH
                                                                 deposition of Kevin Shephard - (attendance and
                                                                 original transcript).
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 31             Billable      4940.10 Court Reporter
                                            Total       4940.10

 1404 09/08/02   1   E      A      7 32            0      301.00 Copies                                     ARCH
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
 1404 05/07/03   1   E      A      7 32            0       24.40 Copies - documents for deposition          ARCH
                                                                 BAHAR/ALI
                                                                 LITIGATION - CITY OF CINCINNATI
```

PLAINTIFF'S EXHIBIT H

```
Date: 02/03/05                          Detail Cost Transaction File List                          Page: 2
                                                Freking & Betz

                          H T B R                    C
Client    Date    Tmkr E/A Src P X C C Tcd           T        Amount                                          Ref #

 1404  10/01/03    1   E    A       7  32            0         27.80 Copies (9/8/03).                         ARCH
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 32          Billable              353.20 Copies
                                        Total                353.20

 1404  09/04/03    1   E    A          35             0         40.00 Witness Fee - Tom Quinn                 ARCH
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI
 1404  09/04/03    1   E    A          35             0         91.83 Witness Fee - Joe Niehaus               ARCH
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI
 1404  10/01/03    1   E    A          35             0        -91.83 Witness Fee - returned check from Joe Niehaus  ARCH
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI
 1404  01/18/05    5   E    P          35             0         40.00 Witness Fee - Thomas Quinn              25
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI
 1404  01/18/05    5   E    P          35             0         94.00 Witness Fee - Joseph Niehaus            26
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 35          Billable              174.00 Witness Fee
                                        Total                174.00

 1404  09/12/02    1   E    A          59             0        393.12 CopyPLEX - documents produced to Defendant  ARCH
                                                                     (billed to Defendant)
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 59          Billable              393.12
                                        Total                393.12

 1404  10/31/03    1   E    A          92             0          1.16 United Parcel Service adjustment.       ARCH
                                                                     BAHAR/ALI
                                                                     LITIGATION - CITY OF CINCINNATI

       Subtotal for Tcode # 92          Billable                1.16
                                        Total                  1.16


 Total for Client ID 1404               Billable             6161.70 BAHAR/ALI
                                        Total               6161.70 LITIGATION - CITY OF CINCINNATI


 Grand Totals                           Billable             6161.70
                                        Total               6161.70
```