# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Ali Bahar,

    Plaintiff(s),

v.                                Case No. 1:01cv798

                                    (Judge Michael H. Watson)

City of Cincinnati,

    Defendant(s).

---

## JUDGMENT IN A CIVIL CASE

---

**[X]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The jury rendered its verdict for a compensatory damages award of $200,000.00 in favor of Plaintiff; The Court grants Plaintiff's Motion for Equitable Relief returning him as a Senior Engineer to the Waste Water Engineering Division of the Metropolitan Sewer District.

Date: March 10, 2005                                   James Bonini, Clerk
                                                                     Clerk

                                                                 By:      S/Barbara A. Crum
                                                                 Deputy Clerk