UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR, | : | Case No. C-1-01-798 |
| | : | |
| Plaintiff, | : | J. Watson |
| | : | |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI, | : | **PLAINTIFF'S MOTION FOR** |
| | : | **EXTENSION OF TIME TO RESPOND** |
| Defendant. | : | **TO DEFENDANT'S TRIAL MOTIONS** |

After a trial by jury on January 26, 2005, a verdict was entered in favor of Plaintiff in the above-captioned matter. On February 7, 2005, Plaintiff filed a Motion for Equitable Relief, which was granted in part on March 10, 2005.

Defendant filed a Motion for Judgment as a Matter of Law pursuant to Federal Rules of Civil Procedure 50(b) on March 9, 2005. On March 18, 2005, Defendant filed a Motion for a New Trial pursuant to Federal Rules of Civil Procedure 59(a). The Memorandum in Opposition to Defendant's Motion for Judgment as a Matter of Law is due April 4, 2005, and Plaintiff's Memorandum in Opposition to Defendant's Motion for a New Trial is due April 11, 2005.

Plaintiff has ordered the transcript of the trial proceedings; however, that transcript is not available until April 25, 2005. Therefore, Plaintiff respectfully requests that the deadline to respond to both the Motion for Judgment as a Matter of Law and the Motion for a New Trial be extended until May 13, 2005. Defendant has no objection to this request.

Respectfully submitted,

/s/ Kelly Mulloy Myers
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975
(513) 651-2570 (fax)
*kmyers@frekingandbetz.com*
*randy@frekingandbetz.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's System.

/s/ Kelly Mulloy Myers