IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
TIME: _____
MAR 3 0 2005
JAMES BONINI, Clerk
COLUMBUS, OHIO

Ali Bahar,

    Plaintiff,

v.

City of Cincinnati,

    Defendant.

Case No. 1:01cv798

District Judge Michael H. Watson

### ORDER

Before the Court is the March 29, 2005 Motion of Plaintiff Ali Bahar (hereinafter "Plaintiff") for Extension of Time to Respond to Defendant City of Cincinnati's (hereinafter "Defendant") Trial Motions (Doc. 87).

Plaintiff seeks an extension of time to respond to the March 9, 2005 Motion of Defendant for Judgment as a Matter of Law (Doc. 83) and the March 18, 2005 Motion of Defendant for New Trial (Doc. 86). To prepare his responses, Plaintiff ordered the transcript of the trial proceedings, which will not be available until April 25, 2005. As such, Plaintiff requests the deadline to respond to both Defendant's motions be extended until May 13, 2005.

For good cause shown, the March 29, 2005 Motion of Plaintiff for Extension of Time to Respond to Defendant's Trial Motions (Doc. 87) is hereby **GRANTED**.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT