**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Watson |
| Plaintiff, | : | |
| | : | |
| vs. | : | **PLAINTIFF'S MOTION FOR LEAVE** |
| | : | **TO EXCEED PAGE LIMIT FOR HIS** |
| CITY OF CINCINNATI | : | **MEMORANDUM IN OPPOSITION TO** |
| | : | **DEFENDANT'S POST-TRIAL MOTIONS** |
| Defendant. | : | |

Plaintiff Ali Bahar hereby moves for leave to file a Memorandum in Opposition to Defendant's Motion for Judgment as a Matter of Law (filed on March 9, 2005) and Motion for a New Trial (filed on March 18, 2005) that exceeds 20 pages. Plaintiff makes this request so that he may adequately respond to both of Defendant's post-trial Motions in one document. Defendant's counsel has been contacted, and has no objection to this Motion. For this reason, Plaintiff respectfully requests leave to file a responsive brief in excess of 20 pages.

Respectfully submitted,

  /s/ Kelly Mulloy Myers
Kelly Mulloy Myers (#0065698)
Randolph H. Freking (#0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975/(513) 651-2570 (fax)
kmyers@frekingandbetz.com
randy@frekingandbetz.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 11, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail, e-mail and/or facsimile to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's System.

                                                /s/ Kelly Mulloy Myers