## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Watson |
| Plaintiff, | : | |
| | : | |
| vs. | : | **ORDER** |
| | : | |
| CITY OF CINCINNATI | : | |
| | : | |
| Defendant. | : | |

The Court finds Plaintiff's Motion for Leave to Exceed Page Limit for His Memorandum in Opposition to Defendant's Post-Trial Motions well-taken and hereby grants same.

IT IS SO ORDERED.

_____
Michael H. Watson
United States District Court Judge