THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,

    Plaintiff,

v.                                      Case No. 1:01cv798

City of Cincinnati,                Judge Michael H. Watson

    Defendant.

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Exceed Page Limit for His Memorandum in Opposition to Defendant's Post-Trial Motions filed May 11, 2005. (Doc. 93) The Court hereby finds the Motion **MOOT** because the Plaintiff filed his Memorandum in Opposition within the 20-page limitation on May 13, 2005.

**IT IS SO ORDERED.**

                                              /s/ Miichael H. Watson
                                              Michael H. Watson, Judge
                                              United States District Court