IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,

    Plaintiff,

v.                               Case No. 1:01cv798

City of Cincinnati,            District Judge Michael H. Watson

    Defendant.

**ORDER**

Before the Court is the February 9, 2005 Motion of Defendant City of Cincinnati (hereinafter "Defendant") for Stay of Plaintiff Ali Bahar's (hereinafter "Plaintiff") Application for Fees and Costs (Doc. 81). This motion is unopposed.

Defendant requests an order from the Court staying the February 4, 2005 Application of Plaintiff for Attorney's Fees (Doc. 76) until this case is concluded. Defendant contends as this matter is still ongoing it is impracticable to address attorney fees at this point in time. In support, Defendant points to Plaintiff's counsel's representation that the application for fees will either be amended or an additional application will be filed when this case is resolved. Thus, Defendant contends the issue of attorney fees is not ripe and, if required to respond now, will result in an unnecessary expenditure of time and resources.

For good cause shown, the February 9, 2005 Motion of Defendant for Stay of Plaintiff's Application for Fees and Costs (Doc. 81) is hereby **GRANTED**. Within **thirty days** of the Court's decisions on Defendant's post-trial briefs, if appropriate, Plaintiff shall file either an amended or additional application for fees or a notice that Plaintiff is

only seeking the fees set forth in the February 4, 2005 Application (Doc. 76). Defendant shall file its Memorandum in Opposition within **twenty-one days** of Plaintiff's filing. Plaintiff shall file his Reply Memorandum within **eleven days** of Defendant's filing.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT