UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| Plaintiff, | : | Judge Watson |
| vs. | : | |
| CITY OF CINCINNATI | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is given that Defendant City of Cincinnati appeals to the United States Court of Appeals for the Sixth Circuit from Orders of the United States District Court for the Southern District of Ohio entered in this case on March 10, 2005 (Docket No. 85), ordering the jury verdict in favor of the Plaintiff for compensatory damages and granting equitable relief returning him to the Waste Water Engineering Division of the Metropolitan Sewer District, and June 20, 2006 (Docket No. 98), denying Defendant's motions for Judgment as a Matter of Law under Fed. R. 50(b) and denying Defendant's motion for a New Trial under Fed. R. 59(a).

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
**City Solicitor**

/s/ *Augustine Giglio*
Augustine Giglio (0031911)
Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-3339
FAX: (513) 352-1515
E-mail: Augustine.giglio@cincinnati-oh.gov
Attorney for Defendants

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of July 2006, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's filing system.

      /s/ *Augustine Giglio*
      Augustine Giglio (0031911)
      Assistant City Solicitor