```
Wed Jul 19 12:00:02 2006

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.    100 431226
Cashier        em1

Check Number:  00306606

DO Code    Div No
4661         1

Sub Acct  Type  Tender    Amount
1:086900   N      2       105.00
2:510000   N      2       150.00
3:086400   N      2       200.00

Total Amount        $    455.00

City of Cincinnati

1:01-cv-798 Notice of Appeal



Wed Jul 19 12:00:02 2006

Check No.  00306606
Amount$    455.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```