Supplemental - Summary of Billable Hours and Costs

Ali Bahar v. City of Cincinnati
Case No.: C-1-01-798

| Freking & Betz Attorneys/Paralegals | Total No. of Hours | Hourly Rate | Lodestar Total |
|---|---|---|---|
| Randolph H. Freking, Esq. | 1.9 | 385 | $731.50 |
| Sheila M. Smith, Esq. | 0.3 | 275 | $82.50 |
| Kelly Mulloy Myers, Esq. | 70.1 | 250 | $17,525.00 |
| Kathi J. Huber (paralegal) | 1.1 | 95 | $104.50 |
| Clinton R. Collins (paralegal) | 0.5 | 95 | $47.50 |
| Susan M. Hartung (paralegal) | 0.1 | 95 | $9.50 |
| Law Clerks (various) | 15.6 | 60 | $936.00 |
| Heather L. Waldron | 2.4 | 50 | $120.00 |
| Legal Assistant | 3.6 | 25 | $90.00 |
| Total Fees | 95.6 | | $19,646.50 |
| Total Costs | | | $2,083.17 |
| Total Fees and Costs | | | $21,729.67 |



PLAINTIFF'S EXHIBIT A