FREKING & BETZ
215 EAST NINTH STREET
FIFTH FLOOR
CINCINNATI, OH 45202
(513) 721-1975

ALI BAHAR
1577 PINEBLUFF LANE
CINCINNATI OH 45255

Page: 1
July 20, 2006
Client Number 1404M
Statement No: 33604

LITIGATION - CITY OF CINCINNATI

STATEMENT FOR SERVICES

Professional services

|  |  |  | Hours |
|---|---|---|---|
| 02/07/05 | RHF | Review Kelly Mulloy Myers memo; conference with Kelly Mulloy Myers | 0.20 |
|  | LA | Update pleading board, discovery notebook and Abacus | 0.10 |
|  | KMM | Research; draft motion for injunctive relief; conference with Randy Freking | 4.50 |
| 02/08/05 | LA | Input/update pleadings | 0.60 |
| 02/09/05 | KMM | Conferences with Randy Freking; telephone conference with Gus Giglio; review Motion to Stay | 0.40 |
|  | RHF | Conferences with Kelly Mulloy Myers | 0.20 |
| 02/10/05 | LA | Update pleading board | 0.30 |
|  | KMM | Draft e-mail to Tina Contave; receive/review case verification request sent 2/9/05 | 0.10 |
| 02/14/05 | LA | Update pleading board. | 0.30 |
| 02/15/05 | KMM | Review Memorandum in Opposition to motion for equitable relief | 0.20 |
|  | LA | Update pleading board | 0.20 |
| 02/18/05 | KMM | Telephone conference with Ali | 0.20 |
| 03/07/05 | KMM | Telephone conference with Ali regarding status | 0.10 |
| 03/09/05 | KMM | Review Motion for Summary Judgment | 0.10 |
| 03/10/05 | LA | Update pleading board | 0.20 |
|  | KMM | Review Order; telephone conference with Ali (via cell) | 0.20 |
| 03/11/05 | KJH | Review pleading board for trial transcripts; conference with Kelly Mulloy Myers | 0.20 |
|  | LA | Update pleading board | 0.40 |

PLAINTIFF'S
EXHIBIT
B

```
                                                          Page:   2
ALI BAHAR                                              July 20, 2006
                                                  Client Number  1404M
                                                  Statement No:  33604
LITIGATION - CITY OF CINCINNATI
```

|  |  |  | Hours |
|---|---|---|---|
|  | KMM | Telephone conference with Ali regarding status; conference with Kathi Huber regarding transcript. | 0.30 |
| 03/14/05 | KMM | Review e-correspondence from Ali and respond via e-mail to Ali; telephone conference with J. Wolfer | 0.20 |
| 03/15/05 | KMM | Telephone conference with D. Maury | 0.10 |
| 03/21/05 | KMM | Review e-correspondence from Ali; conference with Randy Freking; telephone conference with J. Wolfer | 0.30 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 03/22/05 | KMM | Telephone conference with J. Wolfer; telephone conference with G. Giglio | 0.30 |
| 03/23/05 | KMM | Review correspondence from G. Giglio; conference with Randy Freking; telephone conference with Ali; review Terry Nestor's fax sent today | 0.30 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 03/24/05 | KMM | Telephone conference with Ali | 0.10 |
| 03/28/05 | KMM | Work on post-trial motions | 3.50 |
| 03/29/05 | KMM | Telephone conference with J. Wolfer; conference with Kathi Huber | 0.20 |
|  | KMM | Telephone conference with G. Giglio; draft motion for extension | 0.40 |
|  | KJH | Conference with Kelly Mulloy Myers; telephone conference with J. Wolfer regarding trial transcript; conference with J. Weaver | 0.30 |
| 03/30/05 | LA | Update pleading board | 0.30 |
|  | KMM | Review order; telephone conference with J. Watson's Chambers | 0.10 |
| 04/07/05 | KMM | Conference with Randy Freking | 0.10 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 04/15/05 | KMM | Conference with law clerk regarding post-trial brief | 0.20 |
|  | LC | Conference with Kelly Mulloy Myers | 0.20 |
| 04/22/05 | KMM | Conference with law clerk | 0.20 |
|  | LC | Conference with Kelly Mulloy Myers and draft memorandum to Kelly Mulloy Myers | 0.20 |
| 04/25/05 | KMM | Telephone confernce with J. Wolfer; review memo from Rhys Richards - law clerk | 0.30 |
| 04/29/05 | KJH | Telephone conference with J. Wolfer regarding trial transcript; conference with Kelly Mulloy Myers | 0.10 |
|  | KMM | Conference with Kathi Huber regarding trial |  |

```
                                                                Page:  3
ALI BAHAR                                                  July 20, 2006
                                                    Client Number  1404M
                                                    Statement No:  33604
LITIGATION - CITY OF CINCINNATI


                                                                   Hours
              transcript; conference with Rhys regarding Brief;
              telephone conference with J. Wolfer                   0.30
          RHF Conference with Kelly Mulloy Myers                    0.10

05/03/05  KJH Telephone conference with J. Wolfer regarding trial
              transcript; conference with Kelly Mulloy Myers        0.10
          KMM Conference with Kathi Huber regarding trial transcript 0.10

05/05/05  KMM Conference with Kathi Huber; telephone conference with
              J. Wolfer regarding transcripts                       0.20
          KJH Conference with Kelly Mulloy Myers                    0.10

05/06/05  KMM Prepare Memorandum in Opposition -- post trial motions 5.00

05/09/05  LA  Update pleading board                                 0.80
          KMM Work on and prepare post-trial motions                5.00

05/10/05  RHF Conference with Kelly Mulloy Myers                    0.20
          KMM Telephone conference with Ali regarding status (via
              cell phone); draft post-trial briefs; conference with
              Randy Freking                                         4.80

05/11/05  CRC Conference with Kelly Mulloy Myers regarding: Draft of
              pleading; Conference with Susan Hartung regarding:
              same; Research regarding: same; File pleading
              electronically                                        0.50
          KMM Telephone conference with post-trial motions;
              conference with Clint Collins                         8.50
          SMH Conference with Clint Collins                         0.10

05/12/05  KMM Work on post-trial Motions                           13.50
          LA  Update pleading board                                 0.10

05/13/05  SMS Review section of Memorandum in Opposition to motion
              for judgment; conference with Kelly Mulloy Myers      0.30
          KMM Work on Memorandum in Opposition to Post-Trial
              Motions; conference with Sheila Smith                15.50

05/16/05  RHF Review Brief; Conference with Kelly Mulloy Myers      0.40
          KMM Conference with J. Waston's chambers; conference with
              Randy Freking                                         0.10

05/18/05  KMM Review Order                                          0.10
          LA  Update pleading board                                 0.20

05/20/05  KJH Conference with Kelly Mulloy Myers regarding trial
              documents                                             0.10
          KMM Conference with Kathi Huber                           0.10

05/24/05  KMM Review Defendant's Reply Brief                        0.30
```

```
                                                              Page:  4
ALI BAHAR                                               July 20, 2006
                                                    Client Number  1404M
                                                    Statement No:  33604
    LITIGATION - CITY OF CINCINNATI
```

|  |  |  | Hours |
|---|---|---|---|
| 05/26/05 | LA  | Update pleading board | 0.10 |
| 06/01/05 | LC  | Research for Defendant's motion for JML | 5.40 |
|  | LC  | Research for refuting Motion for JML | 4.30 |
|  | LC  | Research for motion for JML | 5.30 |
|  | LC  | Review/edit memo in opposition to JML or NT | 0.20 |
| 06/21/05 | KMM | Review Order | 0.10 |
| 07/15/05 | KMM | Review email correspondence from Ali; telephone conference with Ali; conference with Randy Freking | 0.40 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 07/19/05 | KMM | Review/receive letter from Thomas Schwiers | 0.10 |
| 07/20/05 | KMM | Conference with Kathi Huber regarding fee application | 0.10 |
|  | KJH | Conference with Kelly Mulloy Myers; review J. Watson order | 0.20 |
| 09/28/05 | KMM | Telephone conference with G. Giglio regarding status | 0.20 |
| 10/11/05 | KMM | Conference with Randy Freking; telephone conference with B. Gustavensen; telephone conference with Ali | 0.30 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 10/12/05 | KMM | telephone conference with Ali | 0.10 |
| 10/13/05 | KMM | telephone conference with Ali | 0.30 |
| 02/20/06 | KMM | Review performance review; telephone conference with Ali | 0.20 |
| 05/16/06 | KMM | Email to Randy Freking; telephone conference with J. Watson;s chambers - via cell | 0.20 |
|  | RHF | Review e-mail from Kelly Mulloy Myers | 0.10 |
| 05/18/06 | KMM | telephone conference with Randy Freking - via cell | 0.10 |
|  | RHF | Conference with Kelly Mulloy Myers | 0.10 |
| 06/20/06 | KMM | Review Post-Trial Order; telephone conference with Randy Freking; telephone conference with Ali | 0.40 |
|  | RHF | Telephone conference with Kelly Mulloy Myers | 0.10 |
| 06/28/06 | KMM | Conference with Heather Waldron regarding fee application and fees | 0.20 |
|  | HLW | Conference with Kelly Mulloy Myers regarding fee application | 0.20 |
| 06/29/06 | KMM | telephone conference with G. Giglio regarding fees/costs | 0.20 |

```
                                                              Page: 5
                                                        July 20, 2006
ALI BAHAR                                         Client Number  1404M
                                                  Statement No:  33604

LITIGATION - CITY OF CINCINNATI
```

|          |     |                                                                                                                         | Hours |          |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 07/12/06 | HLW | Review e-mail - Kelly Mulloy Myers; telephone conference with G. Giglio                                                 | 0.10  |          |
|          | KMM | Draft e-mail - Heather Waldron                                                                                          | 0.10  |          |
| 07/13/06 | KMM | Review and respond to email - Heather Waldron                                                                           | 0.10  |          |
| 07/17/06 | HLW | Drafting of supplemental fee application; e-mail - Kelly Mulloy Myers; conference with Kelly Mulloy Myers; revise       | 1.00  |          |
|          | KMM | Conference with Heather Waldron regarding supplemental fee application; review and revise                                | 0.30  |          |
| 07/18/06 | KMM | Review e-mail - Heather Waldron; research; e-mail - Heather Waldron                                                     | 0.20  |          |
| 07/19/06 | KMM | Conference with Heather Waldron; Review supplemental fee application                                                    | 0.20  |          |
|          | HLW | Conference with Kelly Mulloy Myers; revise supplemental fee application                                                 | 0.50  |          |
| 07/20/06 | KMM | Review and finalize supplemental fee application; conference with Heather Waldron                                       | 0.40  |          |
|          | HLW | Conference with Kelly Mulloy Myers; Finalize supplemental fee application; file same                                    | 0.60  |          |
|          |     | For professional services                                                                                               | 95.60 | 19,646.50 |