```
Date: 07/20/06                          Detail Cost Transaction File List                              Page: 1
                                                Freking & Betz

                        H T B R           C
Client    Date    Tmkr E/A Src P X C C Tcd   T      Amount                                              Ref #

 1404  03/14/05    5   E    A          92    0       16.43 United Parcel Service                        ARCH
                                                           BAHAR/ALI
                                                           LITIGATION - CITY OF CINCINNATI
 1404  03/31/05    5   E    A          31    0      156.04 Court Reporter fee to Julie A. Wolfer Transcripts  ARCH
                                                           BAHAR/ALI
                                                           LITIGATION - CITY OF CINCINNATI
 1404  05/10/05    5   E    A          31    0     1910.70 Court Reporter fee to Julie A. Wolfer Transcripts  ARCH
                                                           BAHAR/ALI
                                                           LITIGATION - CITY OF CINCINNATI
                                                   ========
Total for Client ID 1404           Billable        2083.17 BAHAR/ALI
                                   Total           2083.17 LITIGATION - CITY OF CINCINNATI

                                                   ========
Grand Totals                       Billable        2083.17
                                   Total           2083.17
```



PLAINTIFF'S EXHIBIT C