**City of Cincinnati** — **Civil Service Commission**

Home | Civil Service | CSC Rules | Admin Regs | Policies & Procedures | Search

Civil Service Commission Minutes
Cincinnati, Ohio
September 28, 2000

The Civil Service Commission met in regular session in Room 307, Council Chambers, on Thursday, September 28, 2000. Mr. Robert Braddock presided. Also in attendance was Ms. Margaret Allen. Mr. Dan Radford was absent. Commission staff present included Mr. Rodney Prince, Civil Service Secretary; Ms. Carole Callahan, Assistant Civil Service Secretary; and Dianna Young, Recording Secretary.

Since minutes from the September 21, 2000, meeting had been circulated among the members, a motion to dispense with a reading of the minutes was passed and the minutes were approved as written.

ANNOUNCEMENTS/BULLETINS
-Civil Engineering Technician 2 - Promotional
-Transfer Opportunities for City Employees Only

The Civil Service Commission met in regular session on Thursday, September 28, 2000 to hear **the appeal** of Walter Hall concerning his demotion from the position of WWC Crew Leader with the Metropolitan Sewer District. The charges were Neglect of Duty and the penalty was a demotion from a WWC Crew Leader to a WWC Pipelayer.

The City was represented by Tom Harris, Assistant City Solicitor. The appellant was represented by Attorney Stephen Lazarus. The official court reporter was Spangler Reporting Services, Inc.

After hearing all the arguments and testimony, the matter was taken under advisement.

**Request from the Safety Department for the Transfer of Leah Jones as a Clerk Typist III from the Neighborhood Services Department to the Police Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that all parties are agreeable to the transfer.

**Request from the General Services Department for the Transfer of Maureen Hammergren as a Clerk Typist 3 from the Economic Development Department to the Facility Management Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that all parties are agreeable to the transfer.

**Request from the City Manager for the Temporary Promotion of Mark Ashworth from Senior Internal Auditor to Acting Internal Auditor for the Internal Audit Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that the current Internal Auditor is retiring and Mr. Ashworth meets the qualifications for the position.

**Request from the Safety Department for the Promotion Without Exam of Tracey Wilkinson from a Clerk Typist 1 to Clerk Typist 2 for the Police Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved

the request. This decision was based on the fact that Ms. Wilkinson has successfully completed one year as a Clerk Typist 1.

**Request from the General Services Department for the Promotion Without Exam of Karen Haugabook from a Computer Programmer Analyst to a Senior Computer Programmer Analyst for the Regional Computer Center.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Ms. Haugabook is the only eligible candidate for the position.

**Request from the General Services Department for the Promotion Without Exam of Douglas Blakey from a Utility Laborer to Airport Maintenance Worker in the General Aviation Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Blakely meets all the requirements for the position and is one of two eligible candidates for two vacant positions.

**Request from the General Services Department for the Promotion Without Exam of Bruce Malcom from a Utility Laborer to Airport Maintenance Worker in the General Aviation Division.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. The decision was based on the fact that Mr. Malcom meets all the requirements for the position and is one of two eligible candidates for two vacant positions.

**Request from the Health Department for the Exceptional Appointment of Deborah Turley as Public Health Nurse 2.**
The staff recommended approval of this request. After review and discussion, the Commission approved the request. This decision was based on the fact that Ms. Turley meets the requirements for this position, and the Commission has previously approved the filling of this classification using the exceptional appointment process.

**Request from Ali Bahar to appeal the change of Job Title/Reclassification from an Engineering Intern (EIT) to a Civil Engineering Technician 4 (CET 4) and request for a new title of Project Manager.** 
The staff recommended denial of this request. After review and discussion the Commission denied the request. The decision was based on the fact that Mr. Bahar failed to obtain his Professional Engineer registration within the 10-year period as outlined in the classification specification. The class spec provides that such individuals be placed in a comparable classification with no loss of pay status. The Commission does not believe it appropriate to establish a new classification, but recognizes that should Mr. Bahar obtain his professional registration, he will be placed in a Senior Engineer Classification.

**Request from Jimmy Holdren to inquire the method in which seniority points are calculated for the six-month period on the Fire Lieutenant Exam and to receive an additional .3 point on his final score.**
The staff recommended denial of this request. After review and discussion the Commission denied the request. The decision was based on the fact that seniority points are calculated by months and not days.

**Request from John Johnson requesting to be reinstated to his former position in the Public Services Department/Solid Waste Division.**
The staff recommended denial of this request. After review and discussion, the Commission denied the request. The decision was based on the fact that law only allows reinstatement when an employee leaves in good standing and must be requested within one year. Mr. Johnson does not meet the criteria.

**Request for Special Examiner**
-Gerald Checco for the Parks/Recreation Service Area Coordinator