No. 06-4013

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

JAN 1 0 2007

**LEONARD GREEN, Clerk**

ALI BAHAR   :

    Plaintiff - Appellee   :

v.   :   <u>ORDER</u>

CITY OF CINCINNATI   :

    Defendant - Appellant   :

: : : : : : :

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the stipulation of the parties to voluntarily dismiss the appeal pursuant to 42(b), Federal Rules of Appellate Procedure,

**IT IS ORDERED** that the appeal be and hereby is dismissed.

ENTERED PURSUANT TO RULE 33(d)
RULES OF THE SIXTH CIRCUIT
Leonard Green, Clerk

*Leonard Green / rld* (signature)

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: *Robin Duncan* (signature)
    Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| LEONARD GREEN<br>CLERK | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | ROBIN DUNCAN<br>(513) 564-7027<br>(FAX) 564-7098<br>www.ca6.uscourts.gov |

Filed: January 10, 2007

Augustine Giglio
City Solicitor's Office
for the City of Cincinnati
801 Plum Street
Suite 214 City Hall
Cincinnati, OH 45202

Kelly Mulloy Myers
Freking & Betz
525 Vine Street
Sixth Floor
Cincinnati, OH 45202

RE: 06-4013
Bahar vs. City of Cincinnati
District Court No. 01-00798

Dear Counsel,

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Robin Duncan
Case Manager

Enclosure

cc:
Honorable Michael H. Watson
Mr. James Bonini