**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALI BAHAR | : | Case No. C-1-01-798 |
| | : | J. Watson |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION TO WITHDRAW** |
| CITY OF CINCINNATI | : | **HIS APPLICATION FOR ATTORNEYS'** |
| | : | **FEES AND COSTS** |
| Defendant. | : | |

The above-captioned matter has been resolved by agreement of the parties. Therefore, Plaintiff respectfully requests that his pending Motion for Attorneys' Fees and Costs be withdrawn.

Respectfully submitted,

/s/Kelly Mulloy Myers
Randolph H. Freking (#0009158)
Kelly Mulloy Myers (#0065698)
Trial Attorneys for Plaintiff
FREKING & BETZ
525 Vine St., 6th Floor
Cincinnati, OH 45202
(513) 721-1975
Randy@frekingandbetz.com
Kmyers@frekingandbetz.com

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007 a copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Kelly Mulloy Myers
Kelly Mulloy Myers

Case 1:01-cv-00798-MHW    Document 108    Filed 01/19/2007    Page 2 of 2