UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,

    Plaintiff,

v.                                              Case No.1:01cv798

City of Cincinnati,                    Judge Michael H. Watson

    Defendant.

### ORDER

Before the Court is the January 19, 2007 Motion of Plaintiff Ali Bahar (hereinafter "Plaintiff") to Withdraw Application for Attorney's Fees and Cost (Doc. 108).

Plaintiff informs the Court that this action has been resolved by agreement of the parties. As such, Plaintiff requests that the pending motion for fees and cost be withdrawn.

For good cause shown, the January 19, 2007 Motion of Plaintiff to Withdraw Application for Attorney's Fees and Cost (Doc. 108) is hereby **GRANTED** and the February 4, 2005 Motion of Plaintiff for Attorney's Fees and Costs (Doc. 76) is hereby **WITHDRAWN** and deemed **MOOT**.

    IT IS SO ORDERED.

                                                  _____
                                                Michael H. Watson, Judge
                                                United States District Court