UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ali Bahar,

    Plaintiff,

v.

City of Cincinnati,

    Defendant.

Case No.1:01cv798

Judge Michael H. Watson

### ORDER

Before the Court is the July 20, 2006 Motion of Plaintiff Ali Bahar (hereinafter "Plaintiff") for Supplemental Attorney Fees, Costs and Post-Judgement Interest (Doc. 101).

As Plaintiff withdrew his application for attorney's fees and costs (Doc. 108), the July 20, 2006 Motion of Plaintiff for Supplemental Attorney Fees, Costs and Post-Judgment Interest (Doc. 101) is hereby **WITHDRAWN** and deemed **MOOT**.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court